IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLEAR SKIES NEVADA, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No.: 15-cv-6708 |
| ) | |
| v. ) | |
| ) | Judge Virginia M. Kendall |
| DOES 1 – 30, ) | |
| ) | |
| Defendants. ) | |

## INITIAL STATUS REPORT

Plaintiff's counsel submits this Initial Status Report, solely prepared by Plaintiff's counsel because no counsel for a Defendant has filed an appearance.

1. Nature of the Case

    a. Attorneys of Record. Plaintiff's attorneys of record are Michael A. Hierl and Todd S. Parkhurst.

    b. Basis of Federal Jurisdiction. This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement pursuant to 17 U.S.C.§101 et seq. and 28 U.S.C. §§1331 and 1338(a).

    c. Plaintiff's Claims. Plaintiff alleges that Defendants infringed its exclusive rights in the copyrighted motion picture at issue by computer-based peer-to-peer file transfer. In particular, Plaintiff alleges that Defendants used a BitTorrent file transfer protocol to reproduce and distribute the copyrighted motion picture to and among third parties. No answer has been filed and no counterclaims are pending.

    d. Major Legal and Factual Issues. Whether or not each Defendant has infringed the federally registered copyright in the copyrighted motion picture at issue and the appropriate damages for that infringement.

    e. Relief Sought by Plaintiff. Judgment against Defendants for willful violation

-2-

of Plaintiff's federally registered copyright, actual or statutory damages, an order of impoundment concerning all infringing copies of Plaintiff's copyrighted work in Defendants' possession or control, attorney fees, litigation expenses and costs, and such further declaratory and injunctive relief as may be just and proper.

2. Motions and Case Plan

   a. Motions.

   Plaintiff's Motion for Leave to Take Discovery Prior to Rule 26(f) Conference was granted on August 21, 2015. No motions are pending.

   b. Discovery. A Subpoena was served on Comcast, the relevant Internet Service Provider (ISP), and a response is expected from Comcast on or about October 27, 2015. As a result, the names of most of the Defendants are unknown to Plaintiff at this time. Each Defendant is known to Plaintiff only by the Internet Protocol ("IP") address assigned to that Defendant by the respective ISP and the date and the time when the infringing activity of each Defendant was observed (see Exhibit B to the Complaint). Plaintiff has used geolocation technology to trace the IP addresses of each Defendant to a point of origin within the State of Illinois.

   c. Trial. Plaintiff has requested a jury trial, which would probably last 2-4 days.

-3-

3. <u>Consent to Proceed Before a Magistrate Judge</u>

Plaintiff consents to proceeding before a Magistrate Judge. However, no counsel for any Defendant remaining in the case has filed an Appearance.

Respectfully submitted,

Dated: October 27, 2015                CLEAR SKIES NEVADA, LLC


By:     s/ Michael A. Hierl
          Michael A. Hierl (Bar No. 3128021)
          Todd S. Parkhurst (Bar No. 2145456)
          Hughes Socol Piers Resnick & Dym, Ltd.
          Three First National Plaza
          70 W. Madison Street, Suite 4000
          Chicago, Illinois 60602
          (312) 580-0100 Telephone
          (312) 580-1994 Facsimile
          mhierl@hsplegal.com

          Attorneys for Plaintiff
          Clear Skies Nevada, LLC

## **CERTIFICATE OF FILING**

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Initial Status Report was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on October 27, 2015.

                                                    s/Michael A. Hierl