# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Clear Skies Nevada, LLC

                                    Plaintiff,

v.                                                                  Case No.: 1:15−cv−06708
                                                                      Honorable Virginia M. Kendall

Does 1−30, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 27, 2016:

      MINUTE entry before the Honorable Virginia M. Kendall. Status hearing held on 4/27/2016 and continued for 7/6/2016 at 9:00 AM. Mailed notice.(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.