1

```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                          EASTERN DIVISION

 3   CLEAR SKIES NEVADA, LLC,         )
                                      )
 4              Plaintiff,            )
                                      )
 5         v.                         )   No. 15 CV 06708
                                      )
 6   DOES 1-30, et al.,               )   Chicago, Illinois
                                      )   July 21, 2016
 7              Defendants.           )   9:41 a.m.

 8                    TRANSCRIPT OF PROCEEDINGS

 9           BEFORE THE HONORABLE VIRGINIA M. KENDALL

10   APPEARANCES:

11   For the Plaintiff:        HUGHES SOCOL PIERS RESNICK & DYM,
                               LTD.
12                             BY:  MR. MARK A. CISEK
                               70 West Madison Street
13                             Suite 4000
                               Chicago, Illinois 60602
14                             (312) 580-0100
                               mcisek@hsplegal.com
15
     For Defendant Hancock:    MS. RENEE HANCOCK, pro se
16

17   ALSO PRESENT:             MR. DWIGHT HANCOCK

18

19   Court Reporter:           Judith A. Walsh, CSR, RDR, F/CRR
                               Official Court Reporter
20                             219 South Dearborn Street, Room 1944
                               Chicago, Illinois 60604
21                             (312) 702-8865
                               judith_walsh@ilnd.uscourts.gov
22

23

24

25
```

1    (Proceedings heard in open court:)
2          THE CLERK:  15 C 6708, Clear Skies Nevada versus Does
3    1 through 30.
4          THE COURT:  Good morning.
5          MR. CISEK:  Good morning, your Honor.  Mark Cisek, C
6    like Charlie, i-s-e-k, on behalf of plaintiff, Clear Skies
7    Nevada.
8          THE COURT:  Okay.  Is Renee Hancock here?
9          MS. HANCOCK:  Here.
10         THE COURT:  Oh, there you go.
11         MS. HANCOCK:  Walking as fast as she can.
12         THE COURT:  Good morning.  Please state your name for
13   the record.
14         MS. HANCOCK:  Renee Hancock.
15         THE COURT:  Good morning.
16         MR. HANCOCK:  And I'm Dwight Hancock.
17         THE COURT:  Okay.  So he has moved for default
18   against you because you failed to answer the complaint in the
19   time that you were given.  And so do you intend to do so?
20         MS. HANCOCK:  We're here today because the first
21   notice that we got was in the mail.  And we thought it was
22   fraud because we did not download this movie that they're
23   saying.
24         THE COURT:  I see.
25         MS. HANCOCK:  And we've been getting so many fraud

1  stuff in the mail --
2      THE COURT:  Okay.
3      MS. HANCOCK:  -- you know, for different things.  And
4  we just got this other one that was certified --
5      THE COURT:  Right.
6      MS. HANCOCK:  -- on Monday.
7      THE COURT:  Right.
8      MR. HANCOCK:  That was on Tuesday.
9      MS. HANCOCK:  On Monday?
10     MR. HANCOCK:  It was on Tuesday.
11     THE COURT:  This Monday or Tuesday.
12     MS. HANCOCK:  Monday or Tuesday.  Anyway, I was out
13 of town, and I didn't get home until Tuesday.
14     THE COURT:  Okay.
15     MS. HANCOCK:  And I know I probably should have had a
16 lawyer, but I only had until today, and I had --
17     THE COURT:  No, it's good that you appeared because
18 the motion for default says if you're not here that I enter
19 judgment against you.  So just by appearing, I'm going to give
20 you some time now.
21     And the first and foremost thing you need to do is
22 talk to this gentleman right here to your left.  He's the one
23 who filed the complaint against what was originally the IP
24 address for the computer that downloaded the movie.  Okay.
25     MS. HANCOCK:  Right.

1    THE COURT: And then he got subscriber information
2 for who has that computer, and it's you. So based upon
3 that --
4    MS. HANCOCK: It's in my name, but --
5    THE COURT: Okay. So you need to have a conversation
6 with him. That conversation can lead to a discussion about
7 how you need to proceed. He'll show you why and how the movie
8 was downloaded and why he believes it's you, and then you can
9 make a decision as to whether you need to get a lawyer or
10 whether you're going to try to defend the case on your own.
11 Okay.
12    So I'll give you a few weeks to have that discussion
13 with him. In fact, I'll open up my attorney witness room,
14 please, for you if you want to go sit there for a minute now
15 and have a discussion about what is going on.
16    MR. CISEK: Certainly. Might I ask, we have a status
17 date in this case of August 3rd.
18    THE COURT: Sure.
19    MR. CISEK: Can we enter and continue my motion -- or
20 our motion for default judgment to that date --
21    THE COURT: Absolutely.
22    MR. CISEK: -- and see if we can't resolve it in the
23 meantime.
24    THE COURT: Absolutely. That's what I'll do. So
25 I'll enter and continue the motion for default. That means

1  it's still pending, which means that he's still seeking to
2  hold you in default for not answering the complaint, but he's
3  not going to have that ruled on until August 3rd.
4         So in the meantime, talk with him.  I'm going to open
5  up the room out in the hallway for you to have that discussion
6  now so you don't have to waste any time going back and forth.
7  Okay.
8         MS. HANCOCK:  Thank you.
9         MR. CISEK:  Thank you, your Honor.
10        THE COURT:  All right.  Have a good day.
11     (Proceedings adjourned at 9:45 a.m.)
12                   *  *  *  *  *  *
13                  C E R T I F I C A T E
14     I, Judith A. Walsh, do hereby certify that the
15 foregoing is a complete, true, and accurate transcript of the
16 proceedings had in the above-entitled case before the
17 Honorable VIRGINIA M. KENDALL, one of the judges of said
18 Court, at Chicago, Illinois, on July 21, 2016.
19
20 /s/ Judith A. Walsh, CSR, RDR, F/CRR          December 29, 2016
21 Official Court Reporter
22 United States District Court
23 Northern District of Illinois
24 Eastern Division
25