# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No.: 14-cv-10387 |
| ) | |
| ) | Judge John J. Tharp, Jr. |
| v. ) | |
| ) | Magistrate Judge Sheila Finnegan |
| ) | |
| DOES 1-18, ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S INITIAL DISCLOSURES

Plaintiff Dallas Buyers Club, LLC, by counsel, makes the following initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1):

       i.     The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.

**Response**:

1.     **Daniel Macek:** Mr. Macek is a consultant for Crystal Bay Corporation, the company that monitored the infringement of Plaintiff's movie in this case. He has knowledge of both the software and the efforts to ascertain that persons at certain IP addresses, which are identified in the Complaint, gained access to the Internet and distributed and made available for distribution and copying Plaintiff's copyrighted Motion Picture.

2.     **Comcast Representative**: A Comcast representative will testify how IP addresses are assigned to subscribers by Comcast and how the identities of subscribers relate to the individuals identified as Defendants in the case.

3.     **Carly Seabrook**: Universal City Studios, LLC, 100 Universal City Plaza Bldg, 1280, 6th Floor, Universal City, CA 91608, Ms. Seabrook may testify that Dallas Buyers Club, LLC applied for and received the copyright registration in the motion picture that is the subject of this litigation.

# EXHIBIT 2

1

```
 1                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                          EASTERN DIVISION

 3   CLEAR SKIES NEVADA, LLC,        )
                                     )
 4             Plaintiff,            )
                                     )
 5        v.                         )   No. 15 CV 06708
                                     )
 6   DOES 1-30, et al.,              )   Chicago, Illinois
                                     )   July 21, 2016
 7             Defendants.           )   9:41 a.m.

 8                     TRANSCRIPT OF PROCEEDINGS

 9            BEFORE THE HONORABLE VIRGINIA M. KENDALL

10   APPEARANCES:

11   For the Plaintiff:          HUGHES SOCOL PIERS RESNICK & DYM,
                                 LTD.
12                               BY:  MR. MARK A. CISEK
                                 70 West Madison Street
13                               Suite 4000
                                 Chicago, Illinois 60602
14                               (312) 580-0100
                                 mcisek@hsplegal.com
15
     For Defendant Hancock:      MS. RENEE HANCOCK, pro se
16

17   ALSO PRESENT:              MR. DWIGHT HANCOCK

18

19   Court Reporter:           Judith A. Walsh, CSR, RDR, F/CRR
                                Official Court Reporter
20                              219 South Dearborn Street, Room 1944
                                Chicago, Illinois 60604
21                              (312) 702-8865
                                judith_walsh@ilnd.uscourts.gov
22

23

24

25
```

2

1          (Proceedings heard in open court:)

2              THE CLERK:  15 C 6708, Clear Skies Nevada versus Does

3      1 through 30.

4              THE COURT:  Good morning.

5              MR. CISEK:  Good morning, your Honor.  Mark Cisek, C

6      like Charlie, i-s-e-k, on behalf of plaintiff, Clear Skies

7      Nevada.

8              THE COURT:  Okay.  Is Renee Hancock here?

9              MS. HANCOCK:  Here.

10             THE COURT:  Oh, there you go.

11             MS. HANCOCK:  Walking as fast as she can.

12             THE COURT:  Good morning.  Please state your name for

13     the record.

14             MS. HANCOCK:  Renee Hancock.

15             THE COURT:  Good morning.

16             MR. HANCOCK:  And I'm Dwight Hancock.

17             THE COURT:  Okay.  So he has moved for default

18     against you because you failed to answer the complaint in the

19     time that you were given.  And so do you intend to do so?

20             MS. HANCOCK:  We're here today because the first

21     notice that we got was in the mail.  And we thought it was

22     fraud because we did not download this movie that they're

23     saying.

24             THE COURT:  I see.

25             MS. HANCOCK:  And we've been getting so many fraud

1　stuff in the mail --

2　　　　　THE COURT:　Okay.

3　　　　　MS. HANCOCK:　-- you know, for different things.　And

4　we just got this other one that was certified --

5　　　　　THE COURT:　Right.

6　　　　　MS. HANCOCK:　-- on Monday.

7　　　　　THE COURT:　Right.

8　　　　　MR. HANCOCK:　That was on Tuesday.

9　　　　　MS. HANCOCK:　On Monday?

10　　　　　MR. HANCOCK:　It was on Tuesday.

11　　　　　THE COURT:　This Monday or Tuesday.

12　　　　　MS. HANCOCK:　Monday or Tuesday.　Anyway, I was out

13　of town, and I didn't get home until Tuesday.

14　　　　　THE COURT:　Okay.

15　　　　　MS. HANCOCK:　And I know I probably should have had a

16　lawyer, but I only had until today, and I had --

17　　　　　THE COURT:　No, it's good that you appeared because

18　the motion for default says if you're not here that I enter

19　judgment against you.　So just by appearing, I'm going to give

20　you some time now.

21　　　　　And the first and foremost thing you need to do is

22　talk to this gentleman right here to your left.　He's the one

23　who filed the complaint against what was originally the IP

24　address for the computer that downloaded the movie.　Okay.

25　　　　　MS. HANCOCK:　Right.

# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| R & D FILM 1, LLC, | ) |
|     Plaintiff, | )   Case No.: 12-cv-9043 |
| | ) |
| v. | ) |
| | )   Judge Matthew F. Kennelly |
| DOES 1-66, | ) |
| | )   Magistrate Judge Jeffrey T. Gilbert |
|     Defendants. | ) |

## DECLARATION OF DARREN M. GRIFFIN IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26(f) CONFERENCE

1.    I, Darren M. Griffin, make this declaration based on my personal knowledge. If called upon to do so, I will testify that the facts stated herein are true and correct.

2.    I have been retained by Crystal Bay Corporation ("CBC"), a corporation of South Dakota, as a software consultant in its technical department. CBC provides forensic investigation services to copyright owners.

3.    The forensic software used by CBC routinely collects, identifies and records the Internet Protocol ("IP") addresses in use by those individuals who employ the BitTorrent protocol to share, copy, reproduce and distribute copyrighted works.

4.    An IP address is a unique numerical identifier that is automatically assigned to an internet subscriber by the subscriber's Internet Service Provider ("ISP"). Using logs kept in the ordinary course of business, ISPs maintain records of the IP addresses assigned to their subscribers. Once provided with an IP address, plus the date and time of the detected and documented infringing activity, ISPs can use their subscriber logs to identify the name, address, email address, phone number and Media Access Control number of a user/subscriber.

12-cv-9043

5.   Only the ISP that has assigned a particular IP address for use by a subscriber can correlate that IP address to a specific subscriber. From time to time, a subscriber of internet services may be assigned different IP addresses by their ISP. Thus, to correlate a subscriber to an IP address, the ISP also needs to know when the IP address was used. Unfortunately, many ISPs only retain the information necessary to correlate an IP address to a particular subscriber for a very limited period of time.

6.   Plaintiff retained CBC to identify the IP addresses of those BitTorrent users who were copying and distributing Plaintiff's copyrighted movie as identified in Exhibit A (the "Work"). CBC directed me to review, analyze and attest to the results of the investigation.

7.   During the performance of my duties as detailed below, I used forensic software provided by CBC to scan peer-to-peer networks for the presence of infringing transactions.

8.   After reviewing the evidence logs, I isolated the transactions and the IP addresses of the users responsible for copying and distributing the Work.

9.   Through each of the transactions, the computers using the IP addresses identified in Exhibit A transmitted a copy or a part of a copy of a digital media file identified by the hash value set forth in Exhibit A. The IP addresses, hash values, dates and times contained in Exhibit A correctly reflect what is contained in the evidence logs. The subscribers using the IP addresses set forth in Exhibit A were all part of a "swarm" of users who were reproducing, distributing, displaying or performing the copyrighted work identified in Exhibit A.

10.   Moreover, the users were sharing the identical copy of the Work. A digital copy of an audiovisual work can be uniquely identified by a unique, coded, string of characters called a "hash checksum." The hash checksum is a string of alphanumeric characters generated by a mathematical algorithm known as U.S. Secure Hash Algorithm 1 or "SHA-1", which was developed by the National Security Agency and published as a U.S. government standard. Using

2

12-cv-9043

the hash tag identified in Exhibit A, I confirmed that the users identified as Doe Defendants in Exhibit B to the complaint reproduced and distributed the same copy of the Work.

11.  The CBC software analyzed each BitTorrent "piece" distributed by each IP address listed in Exhibit A and verified that reassembling the pieces using a specialized BitTorrent client results in a fully playable digital motion picture.

12.  The software uses a geolocation functionality to confirm that all IP addresses of the users set forth in Exhibit A were located in Illinois and, based on information and belief, those users were specifically located in the Northern District of Illinois. Although an IP address alone does not reveal the name or contact information of the subscriber, it does reveal the location of the Internet line used for the transaction. IP addresses are distributed to ISPs by public, nonprofit organizations called Regional Internet Registries. These Registries assign blocks of IP addresses to ISPs by geographic region. In the United States, these blocks are assigned and tracked by the American Registry of Internet Numbers. Master tables correlating the IP addresses with local regions are maintained by these organizations in a publicly available and searchable format. The geographic location of an IP address can be further narrowed by cross-referencing this information with secondary sources such as data contributed to commercial databases by ISPs.

13.  As set forth in Exhibit A, I have confirmed not only that the users distributed the files in Illinois, but also the specific location (city/town) where the distribution took place.

**FURTHER DECLARANT SAYETH NOT.**

**DECLARATION**

PURSUANT TO 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21 day of November, 2012.

By: _____
Darren M. Griffin

3

# GRIFFIN EXHIBIT A

| | IP Address | GUID | P2PClient | HitDateUTC | FileName | FileHash | ISP | Region | City |
|---|---|---|---|---|---|---|---|---|---|
| 1. | 76.29.76.14 | 2D5554373321422DA26839FA8F53A41F32 | μTorrent 3.2.1 (Beta) | 7/4/12 11:45:23 AM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | Comcast Cable | Illinois | Cicero |
| 2. | 71.239.33.251 | 2D554D31363430D2D756A21950B107823C530AD7 | μTorrent Mac 1.6.4 | 7/5/12 05:14:44 AM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | Comcast Cable Cogeco Communications | Illinois | Waukegan |
| 3. | 38.106.150.217 | 2D554353133302DA4A8B5D3EF23755B422FF5EAB | μTorrent 3.3.3 | 7/5/12 08:33:38 PM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | Comcast Communications | Illinois | Chicago |
| 4. | 24.14.67.199 | 2D415A3437302322D5635436459620B34D586265 | Vuze 4.7.0.2 | 7/7/12 02:30:17 AM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | Comcast Cable | Illinois | Schaumburg |
| 5. | 67.175.212.47 | 4D372D362D5112D2D554AAEB9831A3763FB11D3F | BitTorrent 7.6.1 | 7/8/12 02:30:40 PM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | Comcast Cable | Illinois | Chicago |
| 6. | 216.80.70.2 | 2D5554353132502D9568CFD472D687794B821524 | μTorrent 3.1.2 | 7/9/12 06:03:37 AM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | RCN Corporation | Illinois | Chicago |
| 7. | 98.206.15.189 | 2D42433051323192DDF353FD47B02E40FEB02C4B66 | BitComet 1.29 | 7/9/12 06:15:41 AM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | Comcast Cable | Illinois | Des Plaines |
| 8. | 68.64.202.2 | 2D5954331333302DA46B562A0E4CF29CEB441AB5 | μTorrent 3.1.3 | 7/9/12 02:53:30 AM 7/11/12 05:33:19 AM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | Towerstream I | Illinois | Chicago |
| 9. | 69.245.234.121 | 2D5554331313302DA46ABEDF0CC70D3C22FB453 | μTorrent 3.1.3 | 7/9/12 02:53:30 AM 7/12/12 11:56:45 AM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | Comcast Cable | Illinois | Great Lakes |
| 10. | 69.47.184.19 | 2D5554331333302DA46B810175DE87CF37A8759D | μTorrent 3.1.3 | 7/12/12 12:34:03 AM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | WideOpenWest | Illinois | Naperville |
| 11. | 98.226.215.3 | 2D5554333133302D476ADB1330F81EEABAEBB453 | μTorrent 3.1.3 | 7/13/12 01:59:13 PM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | Comcast Cable Comcast Business Communications | Illinois | Chicago |
| 12. | 173.9.198.222 | 2D5554321221902DD66232SED9A4543440SE79C3 | μTorrent 2.2.1 | 7/14/12 06:24:44 PM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | Comcast Cable | Illinois | Highland Park |
| 13. | 98.193.89.36 | 2D415A3437302322D457549A4454B315137484661 | Vuze 4.7.0.2 | 7/15/12 10:32:33 PM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | Comcast Cable | Illinois | Chicago |
| 14. | 24.1.137.190 | 2D5554331313303D546A361B3A74822B1F59E2A7 | μTorrent 3.1.3 | 7/16/12 04:27:01 PM 7/18/12 02:31:30 AM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | Comcast Cable | Illinois | Chicago |
| 15. | 24.1.248.183 | 2D5554333236302D8066BD5F5DCB4751BAC22C9H9 | μTorrent 3.2.0 | 7/19/12 12:34:03 AM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | Comcast Cable | Illinois | Palm Hills |
| 16. | 75.102.251.134 | 2D5554333251422DD5688F91FFD95F5CB1F859330 | μTorrent 3.2.1 (Beta) | 7/21/12 06:44:42 PM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | DePaul University | Illinois | Chicago |
| 17. | 98.213.181.92 | 2D535433323650020806EFAEEB7F4A7E166A891ABD | μTorrent 3.2.0 | 7/21/12 06:44:42 PM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | Comcast Cable | Illinois | Chicago |
| 18. | 24.13.131.118 | 2D5554373133302D546A6603F9BAC636810E2D5E | μTorrent 3.1.3 | 7/21/12 08:49:01 PM 7/25/12 02:26:59 AM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | Comcast Cable | Illinois | Zion |
| 19. | 71.239.104.112 | 2D554D30593242D15427982DFA9F4E479624487 | μTorrent Mac 0.9.2 (Beta) | 7/25/12 09:00:19 AM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | Comcast Cable | Illinois | Orland Park |
| 20. | 76.29.91.72 | 2D415A3437312302D44399396F466D754631594648 | Vuze 4.7.1.0 | | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | Comcast Cable | Illinois | Lake Zurich |
| 21. | 66.253.64.194 | 4D372D362D0112D2D6E6A442AB2BEE84F6143TAC19 | BitTorrent 7.6.1 | 7/26/12 09:10:38 PM 7/27/12 12:34:42 AM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | Equivate LLC | Illinois | Chicago |
| 22. | 24.1.243.97 | 2D5554331313302DA46BC895F5D2A749B3FEADD3 | μTorrent 3.1.3 | | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | Comcast Cable | Illinois | Plainfield |
| 23. | 67.149.227.68 | 2D5554333133302D476AEC0FF248C511F37TA3BD | μTorrent 3.1.3 | 8/1/12 01:56:30 PM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | WideOpenWest | Illinois | Chicago Heights |
| 24. | 24.13.223.48 | 4D372D362D5112D2DC96A2CDD40164F9C2E9EA549C | BitTorrent 7.6.1 | 8/1/12 08:51:28 AM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | Comcast Cable | Illinois | Highland Park |
| 25. | 98.213.188.81 | 4D372D362D5112D2D6EA6098B075C3ACB47B4CB31 | BitTorrent 7.6.1 | 8/2/12 10:34:24 AM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | Comcast Cable | Illinois | Belvidere |
| 26. | 98.212.97.89 | 2D415A3437312222D75526F7B447F66C5248484134 | Vuze 4.7.3.2 | 8/2/12 07:45:59 PM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | Comcast Cable | Illinois | Peru |
| 27. | 76.29.91.73 | 2D415A3437312222D5644587072479AC47443149 | Vuze 4.7.3.2 | 8/7/12 05:04:53 PM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | Comcast Cable | Illinois | Lake Zurich |
| 28. | 98.253.198.184 | 2D5554323213130DD0621A84695E5C9026CD7814D | μTorrent 2.2.1 | 8/9/12 10:31:39 PM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | Comcast Cable | Illinois | Rockford |
| 29. | 67.162.82.51 | 2D55543312369302DC6C391242AAC7EAD63F9E42 | μTorrent 3.2.0 | 8/9/12 07:43:31 PM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | Comcast Cable Celito Partnership | Illinois | Mount Prospect |
| 30. | 174.250.99.79 | 2D4C543046303092D9766A4617A5630775647787E | IDsonent (Razorfur) 0.15.0 | 8/11/12 01:17:00 PM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | DBA Verizon Wireless | Illinois | Chicago |
| 31. | 67.163.93.142 | 2D5554333133302D46A5F741690BCBA36AA657DE | μTorrent 3.1.3 | 8/13/12 04:20:08 PM 8/14/12 03:26:06 AM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | Comcast Cable | Illinois | Aurora |
| 32. | 98.192.115.218 | 2D5554331313303D546A3BA2NE4A8B4645647F9B7 | μTorrent 3.1.3 | 8/14/12 09:21:34 PM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | Comcast Cable | Illinois | Chicago |
| 33. | 50.140.184.187 | 2D415A3435303442D0A10327366452543842374456A | Vuze 4.5.0.4 | 8/14/12 09:21:34 PM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | Comcast Cable | Illinois | Chicago |
| 34. | 71.201.132.11 | 2D444532313139202DA44655368E7A57597T496639 | Deluge 2.1.1.0 | 8/16/12 08:59:24 PM 8/16/12 03:18:26 AM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | Comcast Cable | Illinois | Addison |
| 35. | 50.143.142.244 | 2D4D512353030302D37423541C046F6A746C7A546A | Miro 5.0.0.0 | 8/16/12 05:53:20 AM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | Comcast Cable | Illinois | Machesney Park |
| 36. | 98.253.201.109 | 2D555432323650020296D7DF5CB66613F17C7A905512EFD | μTorrent 2.2.0 | | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | Comcast Cable | Illinois | Rockford |
| 37. | 24.1.125.154 | 2D415A34373113222D5936476744688D935796634SA | Vuze 4.7.1.2 | 8/16/12 11:40:40 PM 8/17/12 05:45:37 AM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | Comcast Cable | Illinois | Aurora |
| 38. | 98.213.219.9 | 2D5554333133302D6A46BC66D2D2CE691E26D7BC6F32 | μTorrent 3.1.3 | 8/17/12 02:08:02 AM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | Comcast Cable | Illinois | Evanston |
| 39. | 67.163.50.14 | 4D372D362D312D2D4B6A396576A1153D3022AEDDD | BitTorrent 7.6.1 | | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC4459E46260A71C2AC7E40D54FEEEBAC | Comcast Cable | Illinois | Oak Park |

| # | IP | Hash | Client | Hit Date UTC | Title | SHA1 | ISP | State | City |
|---|---|---|---|---|---|---|---|---|---|
| 40. | 67.186.117.188 | 2D5554333133302D476AB9C4FB69BA9ED91D8C60 | µTorrent 3.1.3 | 8/17/12 04:56:16 PM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC44539E46260A71C2AC7E40D54FE8EBAC | Comcast Cable | Illinois | Chicago |
| 41. | 98.212.34.305 | 2D55543331323502D9568F667ECKDE710B5AAAF1E | µTorrent 3.1.3 | 8/18/12 03:28:18 AM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC44539E46260A71C2AC7E40D54FE8EBAC | Comcast Cable Mediacom | Illinois | Rockford |
| 42. | 173.28.90.55 | 2D55543332300O2D5C6C5605F231CE74EEC11E9C | µTorrent 3.2.0 | 8/18/12 05:45:41 AM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC44539E46260A71C2AC7E40D54FE8EBAC | Communications Corp | Illinois | Warren |
| 43. | 67.162.24.60 | 2D4243301123322D726BDA24D756C1BB5676044E | BitComet 1.32 | 8/19/12 06:24:47 PM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC44539E46260A71C2AC7E40D54FE8EBAC | Comcast Cable | Illinois | Chicago |
| 44. | 71.193.100.142 | 2D554D31363503DEB6B6806DFAAD79EEE13C0870 | uTorrent Mac 1.6.5 | 8/20/12 09:39:10 AM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC44539E46260A71C2AC7E40D54FE8EBAC | Comcast Cable | Illinois | Elgin |
| 45. | 68.51.99.251 | 2D554D31363503DEB6B6B60DFAAD79EEE13C0870 | uTorrent Mac 1.6.5 | 8/20/12 06:00:24 AM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC44539E46260A71C2AC7E40D54FE8EBAC | Comcast Cable | Illinois | Elgin |
| 46. | 76.123.5.171 | 2D554D31363502DEB6B1F30FCF7FD4C54808233 | uTorrent Mac 1.6.5 | 8/21/12 03:17:53 AM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC44539E46260A71C2AC7E40D54FE8EBAC | Comcast Cable | Illinois | Burbank |
| 47. | 108.65.234.368 | 4D372D362D311ZD2D556A8EEB33BA91A9CF912DD38 | BitTorrent 7.6.1 | 8/23/12 01:56:45 AM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC44539E46260A71C2AC7E40D54FE8EBAC | AT&T U-verse | Illinois | Des Plaines |
| 48. | 50.141.139.117 | 2D413A343731322D4759967969SA454A594A4E | Vuze 4.7.1.2 | 8/23/12 07:53:57 PM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC44539E46260A71C2AC7E40D54FE8EBAC | Comcast Cable | Illinois | Yorkville |
| 49. | 67.176.173.63 | 2D55543331333502D546AD7E0A2E70E66C5A296DE | µTorrent 3.1.3 | 8/25/12 09:51:39 PM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC44539E46260A71C2AC7E40D54FE8EBAC | Comcast Cable | Illinois | Downers Grove |
| 50. | 67.184.3.41 | 2D55543331333502D6A6B6252E1623C30DD8312BE9 | µTorrent 3.1.3 | 8/26/12 07:09:52 PM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC44539E46260A71C2AC7E40D54FE8EBAC | Comcast Cable | Illinois | Lisle |
| 51. | 67.163.65.241 | 2D55543332303302D9C3F498AB6D927D361858 | µTorrent 3.2.0 | 8/27/12 08:27:51 PM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC44539E46260A71C2AC7E40D54FE8EBAC | Comcast Cable | Illinois | Park Ridge |
| 52. | 76.192.185.144 | 2D5554333230302D3C9CF9A15F205D55FEA11B4C | µTorrent 3.2.0 | 8/29/12 10:14:18 PM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC44539E46260A71C2AC7E40D54FE8EBAC | AT&T Internet Services | Illinois | Chicago |
| 53. | 99.135.184.131 | 2D415A343771322DA3656470746E353131E6554C | Vuze 4.7.1.2 | 9/4/12 09:37:41 AM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC44539E46260A71C2AC7E40D54FE8EBAC | AT&T Internet Services | Illinois | Chicago |
| 54. | 108.209.136.223 | 2D415A343730012ZD4B4C63697136563032576D58 | Vuze 4.7.0.2 | 9/7/12 09:51:33 PM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC44539E46260A71C2AC7E40D54FE8EBAC | AT&T Internet Services | Illinois | Chicago |
| 55. | 99.140.215.39 | 2D55543331333002D546A36317E8EA0B014D9BE84 | µTorrent 3.1.3 | 9/9/12 02:39:34 PM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC44539E46260A71C2AC7E40D54FE8EBAC | AT&T Internet Services | Illinois | Chicago |
| 56. | 67.173.75.93 | 2D55543232303302D4B86D155BD5D99667413054B | µTorrent 2.2.0 | 9/9/12 00:37:37 AM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC44539E46260A71C2AC7E40D54FE8EBAC | Comcast Cable | Illinois | Morton Grove |
| 57. | 108.197.17.159 | 2D55543313630302DF8678FD1A5D596E6E4516EDBE | µTorrent 3.1.0 | 9/10/12 12:54:14 AM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC44539E46260A71C2AC7E40D54FE8EBAC | AT&T U-verse | Illinois | Waukegan |
| 58. | 98.226.58.38 | 2D415A34353034ZD6A77AA586B60eB473845746F | Vuze 4.5.0.4 | 9/11/12 03:49:44 AM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC44539E46260A71C2AC7E40D54FE8EBAC | Comcast Cable | Illinois | Naperville |
| 59. | 99.158.172.19 | 4D372D372D362D2D2ADD6O471ACA061DF369EEF | BitTorrent 7.7.0 | 9/15/12 08:55:16 AM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC44539E46260A71C2AC7E40D54FE8EBAC | AT&T U-verse | Illinois | Wheeling |
| 60. | 208.54.44.295 | 2D55543330303002D60630F1DAC04F6C29913EEBE | µTorrent 3.0.0 | 9/16/12 04:02:05 AM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC44539E46260A71C2AC7E40D54FE8EBAC | T-Mobile USA | Illinois | Chicago |
| 61. | 208.54.44.153 | 2D55543330303002D60630F1DAC04F6C29913EEBE | µTorrent 3.0.0 | 9/17/12 02:47:44 AM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC44539E46260A71C2AC7E40D54FE8EBAC | T-Mobile USA | Illinois | Chicago |
| 62. | 208.54.44.194 | 2D55543330303002D60659A22D328IF3A782412 | µTorrent 3.0.0 | 9/18/12 12:51:24 AM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC44539E46260A71C2AC7E40D54FE8EBAC | T-Mobile USA | Illinois | Chicago |
| 63. | 24.12.55.195 | 2D55543332303502DEEACCC964D35D98678036 1AB | µTorrent 3.2.0 | 9/19/12 02:00:26 PM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC44539E46260A71C2AC7E40D54FE8EBAC | Comcast Cable | Illinois | Chicago |
| 64. | 99.133.174.99 | 2D5554332051302D004B1E2ECBBA7D5C24BEDD1EFE | µTorrent 2.0.1 | 9/22/12 06:01:00 AM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC44539E46260A71C2AC7E40D54FE8EBAC | AT&T Internet Services | Illinois | Barrington |
| 65. | 76.231.76.154 | 2D415A3437311Z2D4428686A353354B414B4F634F | Vuze 4.7.1.2 | 9/25/12 12:31:45 AM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC44539E46260A71C2AC7E40D54FE8EBAC | AT&T U-verse | Illinois | Dolton |
| 66. | 75.34.24.236 | 2D415A34373122D4438A6F6D64666C45342b8 | Vuze 4.7.1.2 | 9/25/12 05:49:24 AM | The Divide[2011]LIMITED BRRip XviD-ETRG | SHA1: A237BCFC44539E46260A71C2AC7E40D54FE8EBAC | AT&T Internet Services | Illinois | Chicago |

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT INDIANA**

MALIBU MEDIA, LLC,                          )
                                            )
        Plaintiff,                          )     Civil Action Case No. _____
                                            )
v.                                          )
                                            )
JOHN DOES 1-4,                              )
                                            )
        Defendants.                         )
                                            )

## DECLARATION OF TOBIAS FIESER IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO A RULE 26(f) CONFERENCE

### I, TOBIAS FIESER, HEREBY DECLARE:

1.      My name is Tobias Fieser.

2.      I am over the age of 18 and am otherwise competent to make this declaration.

3.      This declaration is based on my personal knowledge and, if called upon to do so, I will testify that the facts stated herein are true and accurate.

4.      I am employed by IPP, Limited ("IPP"), a company organized and existing under the laws of Germany, in its litigation support department.

5.      Among other things, IPP is in the business of providing forensic investigation services to copyright owners.

6.      As part of my duties for IPP, I routinely identify the Internet Protocol ("IP") addresses that are being used by those people that are using the BitTorrent protocol to reproduce, distribute, display or perform copyrighted works.

7.      An IP address is a unique numerical identifier that is automatically assigned to an internet user by the user's Internet Service Provider ("ISP").

1

SIN14

8.    ISPs keep track of the IP addresses assigned to their subscribers.

9.    Only the ISP to whom a particular IP address has been assigned for use by its subscriber can correlate the IP address to a real person, the subscriber of the internet service.

10.   From time to time, a subscriber of internet services may be assigned different IP addresses from their ISP.  Accordingly, to correlate a person with an IP address the ISP also needs to know when the IP address was being used.

11.   Many ISPs only retain the information sufficient to correlate an IP address to a person at a given time for a very limited amount of time.

12.   Plaintiff retained IPP to identify the IP addresses that are being used by those people that are using the BitTorrent protocol and the internet to reproduce, distribute, display or perform Plaintiffs' copyrighted work.

13.   IPP tasked me with implementing, monitoring, analyzing, reviewing and attesting to the results of the investigation.

14.   During the performance of my duties, I used forensic software named INTERNATIONAL IPTRACKER v1.2.1 and related technology enabling the scanning of peer-to-peer networks for the presence of infringing transactions.  A summary of how the software works is attached as Exhibit A.

15.   INTERNATIONAL IPTRACKER v1.2.1 was correctly installed and initiated on a server located in the United States of America.

16.   I personally extracted the resulting data emanating from the investigation.

17.   After reviewing the evidence logs, I isolated the transactions and the IP addresses being used on the BitTorrent peer-to-peer network to reproduce, distribute,

2

SIN14

display or perform Plaintiff's copyrighted work.

18.     Through each of the transactions, the computers using the IP addresses identified on Exhibit B connected to the investigative server in order to transmit a full copy, or a portion thereof, of a digital media file identified by the hash value set forth on Exhibit B.

19.     The IP addresses, hash values and hit dates contained on Exhibit B correctly reflect what is contained in the evidence logs.

20.     The peers using the IP addresses set forth on Exhibit B were all part of a "swarm" of peers that were reproducing, distributing, displaying or performing the copyrighted work identified on Exhibit B.

21.     Our software analyzed each BitTorrent "piece" distributed by each IP address listed on Exhibit B and verified that reassembling the pieces using a specialized BitTorrent Client results in a fully playable digital motion picture which has the same identical hash as on Exhibit B.

22.     I was provided with a control copy of the copyrighted work identified on Exhibit B (the "Movie"). I viewed the Movie side-by-side with the digital media file identified by the hash value set forth on Exhibit B and determined that the digital media file contained a movie that was identical, striking similar or substantially similar.

23.     Once provided with the IP address, plus the date and time of the detected and documented infringing activity, ISPs can use their subscriber logs to identify the name, address, email address, phone number and Media Access Control number of the subscriber.

3

SIN14

**FURTHER DECLARANT SAYETH NAUGHT.**

**DECLARATION**

**PURSUANT TO 28 U.S.C. § 1746**, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this _6th_ day of _November_, 2012.

**TOBIAS FIESER**

By: _____

4

SIN14

IPP international LTD.

# FUNCTIONAL DESCRIPTION

IPP international IPTRACKER v1.2.1

Page 2                                    March 8, 2011

**Table of contents**

1   Introduction ................................................................................................................ 3

2   The program IPP international IPTRACKER v1.2.1 .................................................. 4

   2.1   Description of Action ........................................................................................... 4

      2.1.1   Filesearch ................................................................................................... 4

      2.1.2   Summarization of the procedure ................................................................ 4

      2.1.3   Safety of IP and other connection data ...................................................... 4

      2.1.4   The date and time ....................................................................................... 4

   2.2   Visualisation of the process ................................................................................ 5

   2.3   Description of the most important program functions ......................................... 6

3   Logdata database ...................................................................................................... 7

   3.1   Protection of data privacy and data security ..................................................... 7

4   Addendum .................................................................................................................. 8

   Gnutella ........................................................................................................................ 9

   Gnutella 2 .................................................................................................................... 9

   eDonkey2000 (Ed2k) ................................................................................................ 10

   Bittorrent (BT) ........................................................................................................... 11

   Globally Unique Identifier (GUID) ............................................................................ 12

   The hash value .......................................................................................................... 12

Page 3                                                    March 8, 2011

# 1  Introduction

The following disquisition introduces the software IPP international IPTRACKER. The software was developed to determine copyright violations in peer-to-peer networks (called P2P networks) and to preserve evidences during illegal distribution of copyright protected material.

P2P allows spreading data of every kind (software, music, video etc.) via the Internet fast. The data is saved on the computers of the participants and is distributed by common P2P software products which are available on the Internet for free. The Data is usually copied from foreign computers (called download) while other data is sent at the same time (called upload). Every participant can release files on his computer and make it available to others, comparable to the file release function within a local network. The files are copied via direct connection between the computers. P2P networks have millions of users and offer an enormous variety of files.

The procedure itself is legal for data which is not under copyright.

A common description of the operation of most commonly used P2P peer-to-peer techniques used to exchange data on the Internet can be found in the addendum.

Page 4                                    March 8, 2011

## 2 The program IPP international IPTRACKER v1.2.1

### 2.1 Description of Action

#### 2.1.1 Filesearch

Once a file is downloaded, verified and definitely allocated to a Rights holder, the hash value is used to determine possible sources on the internet. Different servers, trackers and clients provide lists of IPs where the specific file could or still can be downloaded.

#### 2.1.2 Summarization of the procedure

These lists are downloaded from the providing system and computed sequentially. Each IP found in these lists is requested using the common P2P protocol functions. If the requested P2P client confirms the existence of the file on the local hard disc (in the shared folders), the download is started.
If the part downloaded is sufficient to be verified and compared to the original, the IP address and exact time and date is stored in a secure database.
The download process is continued.

After completion of the download process and before the stored information is used for further steps the downloaded data is compared with the original (complete already downloaded and verified file) bit by bit.

#### 2.1.3 Safety of IP and other connection data

A direct and continuous connection between the IPTRACKER-server and the uploader of the file is established and exists at least 10 seconds before, during and at least 10 seconds after the capture sequence i.e. during the whole download process.

Optionally the screen can be capture automatically to backup another evidence.

#### 2.1.4 The date and time

The (IPTRACKER-) server date and time is synchronised every minute via Network time protocol (NTP). This function is provided by an additional program
(Dimension 4 v5.0 http://www.thinkman.com/dimension4).
The synchronization report is saved frequently and redundantly stored on a file server. The time is received from the Federal technological Institute in Brunswick (Physikalisch-Technische Bundesanstalt in Braunschweig) and has a maximum deviation of for 1/10 second (atomic clock).

Several other redundant institutes providing the exact time are stored in an internal database of the program: Dimension 4.

Page 5                              March 8, 2011

## 2.2  Visualisation of the process



Page 6                          March 8, 2011

## 2.3  Description of the most important program functions

The IPP international IPTRACKER is based on the hybrid Filesharing client Shareaza 2.4.0.0. All communication interfaces correspond to the specifications of the P2P protocols Bittorrent, Gnutella 1 and 2 as well as ED2k. These interfaces were left invariably in the filesharing client.

The function of the upload in addition was reduced to a minimum (handshaking).
The IPP international IPTRACKER merely stores the data of the hosts connected with, if the package verification succeeds.

- IP address

- port

- exact capture time

- name of the protocol

- filename

- file size

- hash values of the file (SHA1, ED2k, BITH)

- GUID

- username

- clientname

- content downloaded


A screenshot of the host can be made by the IPTRACKER program. The host is marked automatically during the download phase to safeguard another evidence. Not relevant entries are masked. The name of the screenshot is also stored in the database.

To guarantee the immutability of the data, IP, date and time is signed with a private 4096 bit RSA key. The RSA key is included internally in the IPTRACKER program using a precompiled library and can be not read or used elsewhere.

RSA is a recognized asymmetrical encoding procedure which can be used both for the encoding and for the digital signature. It uses a key pair consisting of a private key which is used decode or sign data and a public key with which decoding or signature checks are made possible. Both keys are kept secret.

Page 7                                March 8, 2011

# 3 Logdata database

The data is stored in a MySQL database. The database server runs locally as a service on the respective server. The connection is established via ODBC driver: MyODBC-3.51.11. The query language is SQL. The IPTRACKER program accesses the database exclusively writing. The entries right-related cannot be changed.

The data is exclusively submitted as data sheets for the assertion of the injured rights.

## 3.1 Protection of data privacy and data security

The rack-servers are stored in a room which is locked and protected with most current security mechanisms.

The database is password protected and stored on an encoded hard disk. The hard disk is encoded with TrueCrypt 6.0 using AES encryption. The password is not saved on any computer, only known by two people and has more than 25 signs. It must be entered manually at every system startup. When the hard disk is removed from the computer or the power supply, it has to be mounted again using the password.

If the hard disk should be reached by unauthorized people, the data security is therefore ensured at any time.

To maximize data security, the IPTRACKER program offers an implemented program function which permits not only to sign but also to encode completely relevant data. So the data cannot be seen or changed even by persons with direct access to the server.

To create valid entries the secret key pair is necessary. It is not possibly to store data manually at any time.

Only the IPTRACKER program is able to create valid data.

The data can only be decoded and used by the responsible lawyer, only his software contains the deciphering method and this one in this case also secret (called "public") key.

Page 8                                    March 8, 2011

## 4 Addendum
*Basic Knowledge*

P2P networks can be subdivided into several groups using their structure and operation.

### Centralized P2P systems
These systems are using a central server to which all knots are connected. All search enquiries from the knots are processed by the server. The basis of P2P systems is the data transmission between the individual knots. A direct connection between the knots is established when the file is found on a specific knot.

The server is the bottle of the neck in this process.

Nowadays centralized P2P systems are of more minor importance.

### Pure P2P systems without a central instance
There are networks without a central server which do not manage any central data stock (Gnutella1 and Gnutella2 network).

### P2P-Filesharing networks via server client protocol
There are networks with one or several central servers which manage information about the users connected at present. This is provided by the Bittorrent and eDonkey network. With the installation of Emule the users receive a list of all users (file: server.met) attached to a server and all released files. Bittorrent and eDonkey cover currently 95% of the exchange activity.

Case 1:12-cv-01730-TWP-MJD   Document 4-1   Filed 11/26/12   Page 14 of 17 PageID #: 70
Case: 1:15-cv-06708 Document #: 65-2 Filed: 01/03/17 Page 26 of 29 PageID #:546

## Gnutella

Gnutella is a P2P network decentralized completely which can be observed by the IPP
International IPTRACKER software. "Decentralized" means that every knot uses a similar
software and there are no central servers which process search enquiries.

A search query is passed to the neighbouring systems at first. These systems refer the query to
their neighbours until the requested file was found. After that a direct connection for the data
transmission can be established between searching and offering knot

## Gnutella 2

Gnutella 2 works most largely like the original Gnutella network with a similar connection system
but Unicode2 search function with extensive metadata, TigerTree Hashing, and generally faster
link speed. A "Partial file Sharing" function was implemented which divides files into parts.
It's possible to download these parts from different knots instead of downloading the whole file
from one knot.

Some known Gnutella2 clients are:
Shareaza, Morpheus, Gnucleus, adagio, MLDonkey



Page 10                    March 8, 2011

### eDonkey2000 (Ed2k)

The eDonkey2000 peer to peer network needs server to connect the knots. The server only provides lists of files which are available on the individual knots.

Some Edonkey2000 clients are: eMule, eMulePlus, aMule, xMule, MLDonkey, Lphant



1. Query
Knot Information



2. Query
Transmission



Page 11                           March 8, 2011

**Bittorrent (BT)**

BitTorrent is used for the fast distribution of large amounts of data in which central servers are controlling the location of the files.

BitTorrent does not behave like a usual P2P network. There is no search function like it is available it at EDonkey or Gnutella clients.

To get all necessary information for a download, a .torrent file is downloaded (from another network or an internet page). It contains all information to start the download.

The Bittorrent participants connect with the so-called tracker of this file and with that with other users who also are interested in at this file. A private network is built.

Trackerless systems were developed in new versions. The tracker function is done by the client software. This avoids some of the previous problems (e.g. the missing failure safety of the trackers).

Some Bittorrent clients are: Shareaza, BitComet, Azureus



Page 12                                    March 8, 2011

### Globally Unique Identifier (GUID)

Every P2P user receives a unique identification which consists of a 32-digit hexadecimal number. The user receives the identification at the moment of the installation of the P2P program. The program generates the GUID from user-specific data. So it is possible that a user has several GUID identifications (e.g. he gets a new GUID at the installation of a network client), however, it is not possible that an allocated GUID is allocated to another user again.

### The hash value

The hash value is necessary to identify a file.

A special advantage of Bittorrent, eDonkey and Gnutella networks is the fault-free data transmission between the users. Bigger files are subdivided into little packages. For every package a single identification value is generated using known algorithms. The hash value is frequently described as a fingerprint since it is unique similarly like a fingerprint.

I.e. each file exceeding the size of 2 megabytes owes more than one hash value - one for the whole file and one for each package.

Standard operation of common P2P-client programs during the filesharing process:

The client software must guarantee that the received content is always the queried one. Therefore only hash values are requested — filenames are unimportant during the transmission.

After a client received a data package the content has to be verified. Therefore the hash value of the package is generated by the client and compared to the hash value provided before. If the two keys are identical, the downloaded package is accepted. If there are deviations at the comparison, then the package is declined and requested again. The package can also be downloaded from another knot.

All mentioned programs are able to split bigger files into packages and to identify these using hash values independently which program is used for the data exchange. With this it is possible to assign small parts of a file to the original file. It is made sure that the part of the file always belongs to the requested file.

After the whole file is downloaded it will be verified on the whole before the download process is finished and the file is signed as "VERIFIED".

Every network uses different hash algorithms. Bittorrent the so-called "BITH", eDonkey this one "ED2K", and Gnutella the "SHA1" algorithm.

The IPP international IPTRACKER is able to generate and compare each hash algorithm listed above.