# EXHIBIT 9

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ELF-MAN LLC, | ) |
| | ) |
| | ) Case No.: 13-cv-4293 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Judge Rebecca Pallmeyer |
| DOE, subscriber assigned | ) |
| IP Address 98.227.107.19 | ) Magistrate Judge |
| (Formerly Doe No. 29), | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, Elf-Man LLC, by and through its undersigned counsel, for and as its

Complaint against Defendant, alleges as follows:

### JURISDICTION AND VENUE

1.      This is a civil action seeking damages and injunctive relief for copyright

infringement under the copyright laws of the United States (17 U.S.C. §101 *et seq.).* As set forth

in greater detail below, this action involves the unauthorized acquisition and transfer of Plaintiff's

mainstream copyrighted motion picture "Elf-Man" by Defendant.

2.      This Court has jurisdiction under 17 U.S.C. §101 *et seq.;* 28 U.S.C. §1331 (federal

question); and 28 U.S.C. §1338(a) (copyright).

3.      On information and belief, personal jurisdiction in this District is proper because

Defendant, without consent or permission of Plaintiff as exclusive rights owner, within Illinois

reproduced, distributed and offered to distribute among other users over the Internet a copyrighted work for which Plaintiff has exclusive rights. Plaintiff has used geolocation technology to trace the Internet Protocol ("IP") address of Defendant to a point of origin within the State of Illinois. On information and belief, Defendant has an IP address based in Illinois and resides in or committed copyright infringement in the State of Illinois.

4.      In the alternative, this Court has personal jurisdiction over Defendant, under the Illinois long-arm statute, 735 ILCS 5/2-209(a)(2), because Defendant downloaded copyrighted content from or uploaded it to Illinois residents, thus committing a tortious act within the meaning of the statute.

5.      Venue in this District is proper under 28 U.S.C. §1391(b) and/or 28 U.S.C. §1400(a). Although the true identity of Defendant is unknown to Plaintiff at this time, on information and belief, Defendant resides in this District, may be found in this District and/or a substantial part of the acts of infringement complained of herein occurred in this District.

## THE PARTIES

6.      Plaintiff, Elf-Man LLC, (the "Plaintiff) is a developer and producer of motion pictures. Plaintiff brings this action to stop Defendant from copying and distributing to others over the Internet unauthorized copies of Plaintiff's copyrighted motion picture. Defendant's infringement allows Defendant and others unlawfully to obtain and distribute for free unauthorized copyrighted works that Plaintiff spends millions of dollars to create and/or distribute. Each time a user unlawfully distributes a free copy of Plaintiff's copyrighted motion picture to others over the Internet, each person who copies that motion picture can then distribute that unlawful copy to others without any significant degradation in sound and picture quality.

2

Thus, Defendant's distribution of even one unlawful copy of a motion picture can result in the nearly instantaneous worldwide distribution of that single copy to a limitless number of people. Plaintiff now seeks redress for this rampant infringement of its exclusive rights.

7.      Plaintiff, Elf-Man LLC is a limited liability company of Maryland having a principal place of business at 7820B Wormans Mill Road, Suite 222, Frederick, Maryland 21701.  Plaintiff is engaged in the development and production of motion pictures for theatrical exhibition, home entertainment and other forms of distribution.  Plaintiff is the owner of the copyrights and/or the pertinent exclusive rights under copyright in the United States in the motion picture that has been unlawfully distributed over the Internet by Defendant.

8.      The true name of Defendant is unknown to Plaintiff at this time.  Defendant is known to Plaintiff only by the Internet Protocol ("IP") address assigned to Defendant by his or her Internet Service Provider and the date and the time at which the infringing activity of Defendant was observed.  Plaintiff believes that information obtained in discovery will lead to the identification of Defendant's true name and will permit Plaintiff to amend this Complaint to state the same.  Plaintiff further believes that additional information obtained will lead to the identification of additional infringing parties, as monitoring of online infringement of Plaintiff's motion picture is ongoing.

9.      On information and belief, Defendant was observed infringing Plaintiff's motion picture at 4:03:45 PM UTC on December 23, 2012, using Internet Protocol ("IP") Address 98.227.107.19, assigned by the Internet Service provider ("ISP") Comcast.  UTC refers to Universal Time which is used for computer forensic and other purposes.  ISP Comcast, on information and belief, generally assigns an IP address to a single party for extended periods of time.  IP address 98.227.107.19 has been linked with infringing activity associated with about

3

130 titles exchanged on peer-to-peer networks, as shown on Exhibit B, including Plaintiff's copyrighted motion picture. Defendant is expected to be identified with more specificity upon further investigation including subpoenaed records of Comcast.

## BACKGROUND

### PEER-TO-PEER INTERNET PIRACY

10.     As noted by Senator Levin in Congressional hearings on peer-to-peer internet piracy, "In the world of copyright law, taking someone's intellectual property is a serious offense, punishable by large fines. In the real world, violations of copyright law over the Internet are so widespread and easy to accomplish that many participants seem to consider it equivalent to jaywalking – illegal but no big deal. But it is a big deal. Under U.S. law, stealing intellectual property is just that – stealing. It hurts artists, the music industry, the movie industry and others involved in creative work. And it is unfortunate that the software being used – called 'file sharing' as if it were simply enabling friends to share recipes, is helping create a generation of Americans who don't see the harm."

11.     Peer-to-peer networks, at least in their most common form, are computer systems that enable Internet users to: 1) make files (including motion pictures) stored on each user's computer available for copying by other users or peers; 2) search for files stored on other users' computers; and 3) transfer exact copies of files from one computer to another via the Internet.

12.     The particular peer-to-peer protocol at issue in this action is the BitTorrent protocol. To use BitTorrent, a user intentionally downloads a program that the user installs on his computer called a "client." The BitTorrent client is the user's interface during the downloading/uploading process. The client may be free, supported by advertising, offer upgrades or add on services for a fee, or a combination of several options.

4

13.     Users then intentionally visit a "torrent site" or network site to find media or content available for download, often using a standard web browser.

14.     A torrent site is often an advertising revenue or subscription supported index of media or content being made available by other users on the network and maintains a listing of movies and television programs among other copyrighted content.

15.     A user then uses the torrent site to connect with other users and exchange content through the BitTorrent protocol often with many users at the same time.

16.     Internet piracy, and in particular BitTorrent piracy, although known as peer-to-peer file sharing, is often a for-profit business as many software clients, torrent sites and networks generate millions of dollars in revenue through sales and advertising.

17.     Many parties, and possibly Defendant, have paid money to facilitate or permit increased access to content which has been made available without authorization.

18.     To increase the value of the advertising and sometimes subscription access sold by torrent sites, many torrent/network sites work to expand the pool of available titles and speed of downloads available through increasing the number of member peers and thus the desirability of their clients and networks. To accomplish this, torrent/network sites reward participants who contribute by providing them with faster download speeds, greater access, or other benefits.

19.     A significant element of the BitTorrent model is that those who participate and download movies not only share and upload movies with others, but participants are often rewarded through various means based on the volume and availability of content that participants in turn provide the network.  In sum, there is a feedback incentive for participants as they obtain not only the benefit of their pirated copy of a movie, but they obtain other benefits by increasing the availability of pirated content to others.

5

20.     As such there is a growing number of users who participate in peer-to-peer networks and receive personal gain or compensation in that the networks they use reward those who provide large numbers of files for upload to others. Many parties, and possibly Defendant, have been compensated for their participation in expanding the availability of pirated content to others through BitTorrent networks, including Plaintiff's movie.

21.     Another growing element of the BitTorrent model is that users are able to attach advertising to the files they upload through various means allowing them to generate revenue through the propagation of the titles they make available to others.

22.     In this case, on information and belief, advertising was attached to the distribution of Plaintiff's Motion Picture which was used to promote the BitTorrent web site SCENETIME.COM, as noted in Exhibit B.

23.     While it may or may not be that Defendant is personally and directly generating revenue from such conduct, Defendant's alleged conduct furthered such efforts as he or she downloaded and then re-published pirated content used to provide advertising to third parties.

24.     The use of BitTorrent does more than cause harm through the theft of intellectual property. The BitTorrent distribution of pirated files is a business model that profits from theft through sales and advertising and a system of rewards and compensation to the participants, each of whom contribute to and further the enterprise.

## FACTS OF THE CLAIM

### IP Address

25.     An Internet Service Provider, ("ISP"), grants access to the Internet and the ability to send and receive information, whether in the form of an email, photo or motion picture. To connect to the Internet, a user must contract with an ISP and create an account for service

6

either directly, or through an intermediary such as another subscriber.

26.      The ISP then generally assigns each subscriber a unique IP address. An IP address is like the address used on an envelope. It is the identifier Defendant used to tell the world not only where he or she was sending data from, but the location to where any requested data should be sent.

27.      Defendant has been identified as Doe in the present action and is known only by the specific IP address, 98.227.107.19, used at a specific time to exchange Plaintiff's Motion Picture though the BitTorrent peer-to-peer network.

28.      Under the BitTorrent protocol each file has a unique "hash value" tied to a specific file. In the present case, the hash value *SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72* has been confirmed as being the hash value for an unauthorized copy of Plaintiff's motion picture.

29.      On information and belief, Plaintiff has determined the ISP used by Defendant, the torrent file copied and distributed by Defendant as identified by hash value, the BitTorrent client application utilized by Defendant, and the location of Defendant, as determined by geolocation technology.

### Conduct of Defendant

30.      On information and belief, Plaintiff has recorded Defendant as copying and publishing Plaintiff's motion picture via BitTorrent, as Plaintiff's investigator has downloaded the motion picture via BitTorrent from Defendant and others.

31.      Defendant, known by the IP address of 98.227.107.19, accessed the Internet either as the subscriber to the ISP (Comcast Cable) account, or through access provided by the subscriber, and initiated his or her infringing conduct by first intentionally logging into one of many BitTorrent client repositories known for their large index of copyrighted movies,

7

television shows and software. Defendant then intentionally obtained a torrent file identified by a "hash" which was attached to Plaintiff's Motion Picture from the index and intentionally loaded that torrent file into a computer program or client designed to read such files.

32.     With the torrent file intentionally loaded by Defendant, his or her BitTorrent client used the BitTorrent protocol to initiate connections with possibly hundreds of other users possessing and uploading or sharing copies of the digital media described in that same hash, namely, Plaintiff's Motion Picture. As the Motion Picture was copied to Defendant's computer piece by piece, these downloaded pieces of Plaintiff's Motion Picture were then immediately published and made available for upload to other users' computers. Thus, Defendant not only participated in the BitTorrent by downloading the plaintiff's Motion Picture, but also uploaded or published the work via BitTorrent.

33.     On information and belief, Defendant's conduct was unauthorized and in violation of the license and terms of access to the Internet through his or her ISP.

34.     On information and belief, Defendant was a willing and knowing participant in the infringement of Plaintiff's copyright.

35.     Defendant may have also obtained compensation or personal benefit through making Plaintiff's Motion Picture available to others.

### COUNT I
### COPYRIGHT INFRINGEMENT

36.     Plaintiff was responsible for the production of the commercially released motion picture titled "Elf-Man," directed by Ethan Wiley and starring Wee Man, Jeffrey Combs, Mackenzie Astin, Mirelly Taylor and Dave Coyne, among others, that has significant value and

8

has been produced and created at considerable expense.

37.     At all relevant times, Plaintiff has been the holder of the pertinent exclusive rights infringed by Defendant, as alleged hereunder, for the copyrighted motion picture "Elf-Man" ("Copyrighted Motion Picture," including derivative works). The Copyrighted Motion Picture is the subject of a valid Certificate of Copyright Registration (Registration No. PA 1-823-286) issued by the Register of Copyrights on October 19, 2012. (Exhibit A).

38.     The Copyrighted Motion Picture includes a copyright notice advising the viewer that the motion picture is protected by the copyright laws.

39.     Plaintiff is informed and believes that Defendant, without the permission or consent of Plaintiff, has used an online media distribution system to reproduce and distribute to the public, including by making available for distribution to others, the Copyrighted Motion Picture. Plaintiff has identified Defendant by the IP address assigned to Defendant by his or her ISP and the date and the time at which the infringing activity of Defendant was observed. In doing so, Defendant has violated Plaintiff's exclusive rights of reproduction and distribution. Defendant's actions constitute infringement of Plaintiff's exclusive rights protected under the Copyright Act (17 U.S.C. §101 *et seq.*).

40.     The foregoing acts of infringement have been willful, intentional, and in disregard of and with indifference to the rights of Plaintiff.

41.     As a result of Defendant's infringement of Plaintiff's exclusive rights under copyright, Plaintiff is entitled to relief pursuant to 17 U.S.C. §504 and to its attorneys' fees and costs pursuant to 17 U.S.C. §505.

42.     The conduct of Defendant has caused and, unless enjoined and restrained by this Court, will continue to cause Plaintiff great and irreparable injury that cannot fully be compensated or measured in money. Plaintiff has no adequate remedy at law. Pursuant to 17

9

U.S.C. §§502 and 503, Plaintiff is entitled to injunctive relief prohibiting Defendant from further infringing Plaintiff's copyright and ordering that Defendant destroy all copies of Copyrighted Motion Picture made in violation of Plaintiff's copyrights.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff prays for judgment against Defendant and relief as follows:

1. For entry of a permanent injunction providing that Defendant shall be enjoined from directly or indirectly infringing Plaintiff's rights in the Copyrighted Motion Picture, including without limitation by using the Internet to reproduce or copy Plaintiff's Motion Picture, to distribute Plaintiff's Motion Picture, or to make Plaintiff's Motion Picture available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiff. Defendant also shall destroy all copies of Plaintiff's Motion Picture that Defendant has downloaded onto any computer hard drive or server without Plaintiff's authorization and (subject to the Order of Impoundment prayed for below) shall serve up all copies of the downloaded motion picture transferred onto any physical medium or device in Defendant's possession, custody or control.

2. For Judgment in favor of Plaintiff against Defendant that Defendant has: a) willfully infringed Plaintiff's rights in its federally registered copyright pursuant to 17 U.S.C. §501; and b) otherwise injured the business reputation and business of Plaintiff by Defendant's acts and conduct set forth in this Complaint.

3. For Judgment in favor of Plaintiff against Defendant for actual damages or statutory damages pursuant to 17 U.S.C. §504, at the election of Plaintiff, in an amount to be determined at trial.

10

4.     For an Order of Impoundment under 17 U.S.C. §§503 and 509(a) impounding all infringing copies of Plaintiff's audiovisual works, photographs and other materials, which are in Defendant's possession or under their control.

5.     For Judgment in favor of Plaintiff and against Defendant awarding Plaintiff attorneys' fees, litigation expenses (including fees and costs of expert witnesses) and other costs of this action in accordance with 17 U.S.C. §504.

6.     For Judgment in favor of Plaintiff against Defendant, awarding Plaintiff such further declaratory and injunctive relief as may be just and proper under the circumstances.

## JURY DEMAND

Plaintiff demands trial by jury on all issues so triable.

DATED:  June 10, 2013                    Respectfully submitted,

ELF-MAN LLC

By:     s/ Michael A. Hierl
        Michael A. Hierl (Bar No. 3128021)
        Todd S. Parkhurst (Bar No. 2145456)
        Hughes Socol Piers Resnick & Dym, Ltd.
        Three First National Plaza
        70 W. Madison Street, Suite 4000
        Chicago, Illinois 60602
        (312) 580-0100 Telephone
        (312) 580-1994 Facsimile
        mhierl@hsplegal.com

        Attorneys for Plaintiff
        Elf-Man LLC

11

**CERTIFICATE OF FILING**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing
Complaint for Copyright Infringement  was filed electronically with the Clerk of the Court and
served on all counsel of record and interested parties via the CM/ECF system on June 10, 2013.

s/Michael A. Hierl

12

# EXHIBIT A

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

PA 1-823-286

Effective date of
registration:

October 19, 2012

**Title** ─────────────────────────────

Title of Work: Elf-Man

**Completion/Publication** ─────────────────

Year of Completion: 2012

Date of 1st Publication: August 1, 2012          Nation of 1st Publication: United States

**Author** ────────────────────────

Author: Elf-Man LLC

Author Created: direction/director, script/screenplay

Work made for hire: Yes

Citizen of: United States          Domiciled in: United States

**Copyright claimant** ────────────────────

Copyright Claimant: Elf-Man LLC

7820B Wormans Mill Rd. Ste 222, Frederick, MD, 21701, United States

Transfer Statement: By written agreement

**Limitation of copyright claim** ──────────────

Material excluded from this claim: preexisting footage, preexisting photograph(s), preexisting music

New material included in claim: production as a motion picture

**Rights and Permissions** ──────────────────

Organization Name: Elf-Man LLC

Address: 7820 Wormans Mill Rd
Suite 222
Frederick, MD 21701 United States

**Certification** ────────────────────────

# EXHIBIT B

Case: 1:13-cv-04293 Document #: 1-1 Filed: 06/10/13 Page 4 of 6 PageID #:16

| IP | Torrentname | Category | Score | FileHash | Size | Date |
|---|---|---|---|---|---|---|
| 98.227.107.19 | Dual.Survival.S03E04 | TV Series | 0 | 008f6dcf41dcc33e7efa8058fe5197c356437fd | 360057730 | 2013/02/03 |
| 98.227.107.19 | The.Hunger.Games (2012) DVDRip.AC3.XViD.HOPE | Video | 0 | 0186022673902b9180e5f0e8bf2cda88ef8619ef | 839111517 | 2012/09/15 |
| 98.227.107.19 | Mythbusters season 9 complete | TV Series | 0 | 01862019f8bb35b812bdd8f69e2f5b146bb1ds9 | 8283267538 | 2012/09/15-2012/09/16 |
| 98.227.107.19 | Brave[2012]BRRip XViD-ETRG | Video | 0 | 0617d377465ab4fd947a1b3d98e6ac28b30dbe0f | 739755514 | 2012/12/23 |
| 98.227.107.19 | The Hobbit An Unexpected Journey (2012) [1080p] | Video | 0 | 0653c32f1cd7f17e57237931f4e42273le581cab87 | 2684496145 | 2013/04/17-2013/04/30 |
| 98.227.107.19 | Ghost.Adventures.S06E05.Return.to.Linda.Vista.Hospital.HDTV.x264-tNe.mp4 | TV Series | 0 | 07f46d217a8a2ffa134db84d0f7427b0f0489b1b | 308177216 | 2013/02/01 |
| 98.227.107.19 | Dual.Survival.S03E05 | TV Series | 0 | 0a3ad5295aa82d01ee22fbcee3a4f2efdd85f6a9 | 356750302 | 2013/02/03 |
| 98.227.107.19 | The.Expendables.2.2012.TS.NEW.XViD-26K | Video | 0 | 0ed53cfd5ce3bb320c35d5f6801610c7c45faa6 | 2396535613 | 2012/09/03 |
| 98.227.107.19 | Step.Up.Revolution.2012.DVDRip.XviD-SPARKS | Video | 0 | 16a6e3a82c629f2a1ca2f2cfcf439958d2f123f | 735722485 | 2012/12/23 |
| 98.227.107.19 | Gangster Squad (2013) [1080p] | Video | 0 | 170f126c9b0c50babcf2c08079d6fb151221ee6f3 | 1822513986 | 2013/04/12 |
| 98.227.107.19 | Golden Winter 2012 DvdRip Xvid AC3 SuReNo | Video | 0 | 1b8000d3d606210709538135613a7113d011a0 | 839326694 | 2012/12/23 |
| 98.227.107.19 | [ www.TorrentDay.com ] - Big.Brother.US.S14E05.PDTV.x264-BAJSKORV | TV Series | 0 | 1bcf9f1c75b8b55fbbc64a0c086d354bdf75f1d | 305661493 | 2012/07/23 |
| 98.227.107.19 | [www.scenetime.com]The.Hunger.Games.2012.DVDRip.XviD-VIP3R | Video | 0 | 1e1646abb97527cd2fdbd2c48a7168b9181d2 | 955615149 | 2012/09/15-2012/09/16 |
| 98.227.107.19 | Medio Siglo de Cante Flamenco 1987 4cd | Audio | 0 | 1f1d2d6f6e36de70fbf02fca3a5973b3edccf659 | 429351310 | 2012/12/23 |
| 98.227.107.19 | 12 Dogs Of Christmas | Video | 0 | 11fd375e996e7d4f7ac83a739b43b0b151cddbb | 739317707 | 2012/12/23 |
| 98.227.107.19 | Bones - The Complete Season 7 [HDTV] | TV Series | 0 | 2000c0ef6d6d736a9bea34a6d0d1d53f28a5c09e8 | 4515914688 | 2012/12/23 |
| 98.227.107.19 | [ www.TorrentDay.com ] - Seven.Psychopaths.2012.DVDRip.XviD-VIP3R | Video | 0 | 201ffd293fdc89c0078f2b6ea299b0d5c504c7d0c | 751721319 | 2013/05/15 |
| 98.227.107.19 | [ www.TorrentDay.com ] - Big.Brother.US.S14E09.PDTV.x264-BAJSKORV | TV Series | 0 | 222d663c291164942413a3ff9471d6896f7cefe6c | 287554499 | 2012/08/02 |
| 98.227.107.19 | Fun.Size.2012.BDRip.XviD-SPARKS | Video | 0 | 237b07ec0401670dab3f80a3be5ef3e49bd37b8 | 727300148 | 2013/02/24 |
| 98.227.107.19 | Les Misérables (2012) | Video | 0 | 2a929e353dc8c721e5e60b12800a1c3fd711e86f | 1399190486 | 2013/04/17-2013/05/28 |
| 98.227.107.19 | [ www.Torrenting.com ] - The.Place.Beyond.the.Pines.2012.DVDSCR.XviD.AC3-PTpOWeR | Video | 0 | 25e85c6646215a4450a6606da71a965fbe7f1f | 1476553977 | 2013/05/07-2013/04/28 |
| 98.227.107.19 | The.Real.Housewives.Of.New.Jersey.S04E16.White.Country.RKSTR.mp4 | TV Series | -2 | 28aab92fc01f47cc67b9398e9f327c3212013079 | 520473040 | 2012/09/03 |
| 98.227.107.19 | Pretty.Little.Liars.S03E06.HDTV.XviD-AFG | TV Series | 0 | 29fe9dc02e337ddcfd2120f4efc39320b6446da5 | 373654932 | 2012/07/20 |
| 98.227.107.19 | No Hey.mp3 | Audio | 0 | 2093b0c7ebff5ddfee2200c8cbb1dbb5919a671cf | 6527843 | 2012/02/16 |
| 98.227.107.19 | Minecraft 1.4.5 By Mari2897 | Software | 0 | 2c213ee29fe6f4fb1c7c553cd47980da5a26e930c3 | 53160001 | 2012/12/15 |
| 98.227.107.19 | Lego Ninjago Masters of Spinjitzu - 213 - Day of the Great Devourer [C_P].avi | TV Series | 0 | 2d960aeb941131accdb5385989f6fe742203cd3 | 200171926 | 2012/07/28 |
| 98.227.107.19 | Diary of a Wimpy Kid Series (7 Books) | eBook | 0 | 319d49e06f20b6589aa726c04bc012b96efcd0 | 186275310 | 2013/02/18 |
| 98.227.107.19 | Trouble.with.the.Curve.2012.DVDRip.XviD-SPARKS | Video | 0 | 325ff54b98a9720224c06471e48d3d0c69cfecb0 | 1478664389 | 2013/04/24-2013/04/26 |
| 98.227.107.19 | Elf-Man 2012 DVDRip XviD-PURE | Video | 0 | 3decc45b27cfl29a7a48502c664019d3d072 | 746609456 | 2012/12/23 |
| 98.227.107.19 | [ www.TorrentDay.com ] - Snooki.and.JWOWW.S01E09.HDTV.x264-2HD | TV Series | 0 | 347babfb915f84252a6d0dd3800db18932e2c9493f | 198655530 | 2012/09/03 |
| 98.227.107.19 | [ www.TorrentDay.com ] - Blake.Sheltons.Not.So.Family.Christmas.HDTV.x264-BAJSKORV | TV Series | 0 | 3642f7b9f2a6e4a9ab1cd934ae3b05d431b711c8e6 | 328653090 | 2012/12/23 |
| 98.227.107.19 | [ www.TorrentDay.com ] - Bones.S08E02.HDTV.XviD-AFG | TV Series | 0 | 36c5ad243c9e8c9efee334ab1cd0c038cb039d6b | 365493898 | 2012/12/23 |
| 98.227.107.19 | Lego Ninjago Masters of Spinjitzu - 302 - Pirates vs. Ninja [C_P].avi | TV Series | 0 | 370d2369fdfb7c4a5437c2c17c3446f8c26ccc266 | 187826190 | 2012/07/26-2012/07/28 |
| 98.227.107.19 | Hotel Transylvania (2012) | Video | 0 | 397c78554212d0d6f5a146023d7cb37e5d67e458 | 529546420 | 2013/01/15 |
| 98.227.107.19 | Chasing Maverick (2012) | Video | 0 | 3ab6d5cba1f91f4cb00c726a2594004d6627e7fd | 787800443 | 2013/04/17-2013/05/28 |
| 98.227.107.19 | [www.scenetime.com]Bones.S08E06.The.Patriot.In.The.Purgatory.480p.WEB-DL.x264-mSD | TV Series | 0 | 3e8e1b692a31b3dcd3090861c54639c3702e6d3 | 256516739 | 2012/12/23 |
| 98.227.107.19 | Awkward.S02E04.HDTV.x264-EVOLVE.mp4 | TV Series | 0 | 3f593d5a8f6f4faf89a1d690b47c24a10a00e0d10 | 180574788 | 2012/07/23 |
| 98.227.107.19 | Jennifer Lopez - Goin' In ft. Flo Rida 720p HD AAC(Rahul) (the HuNk3)[silver RG] | Audio | 0 | 41910189655987dd49ad85821b01b6748b913deac8 | 99091659 | 2012/07/26 |
| 98.227.107.19 | Bones.S08E07.HDTV.XviD-AFG | TV Series | 0 | 41e439aa5c1be94abc6f16e2cc5d5f833ba3f8d7 | 363712253 | 2012/12/23 |
| 98.227.107.19 | Neon Trees - Picture Show (2012) | Audio | 0 | 446d0b77819955a52526f728851361e9a9292530c | 109837333 | 2012/07/26 |
| 98.227.107.19 | Awkward S02E03 HDTV x264-CONFUSiON(ettv) | TV Series | 0 | 48a1b3835d72dd55d2e6efc0ceaf74a472e02199d | 192940967 | 2012/07/24 |
| 98.227.107.19 | Flight (2012) | Video | 0 | 4aaa51d5936ee8f9bc3735df29e169d0956cf05d2f | 944783147 | 2013/04/25-2013/04/26 |
| 98.227.107.19 | Street Music Of Panama (Original Music) | Audio | 0 | 4aafc85dac7a2627953398697f63e4ec34f1591 | 64990440 | 2012/07/24 |
| 98.227.107.19 | [A-Kei] OP 551 (Sub Español) -396p.avi | Video | 0 | 4aafc9ac23392579efcf7bc99699691e4d36f39fb2 | 198935780 | 2012/07/24 |
| 98.227.107.19 | Ghost.Adventures.S06E07.The.Riviera.HDTV.x264-tNe.mp4 | TV Series | 0 | 4ec4460fd0bebf5e5992lacea32c6e65e401028de | 281822684 | 2012/07/24 |
| 98.227.107.19 | Taylor Swift - Red (Deluxe Version) (2012) | Audio | 0 | 4fa4ca63a0115e93b2229c9b346b3bac0898c47 | 222403582 | 2013/01/15 |
| 98.227.107.19 | Broken City (2013) | Video | 0 | 547b622abb1e6e35b9568891afa56ddfed12ce4 | 890640659 | 2013/04/17-2013/05/28 |
| 98.227.107.19 | Good Deeds 2012 DVDRip XviD-MAX | Video | 0 | 56926daef5d9ff77d664e6d219d0e12d8f82765f | 684097646 | 2012/07/27 |

Case: 1:13-cv-04293 Document #: 1-1 Filed: 06/10/13 Page 5 of 6 PageID #:17

| IP | Torrentname | Category | Score | FileHash | Size | Date |
|---|---|---|---|---|---|---|
| 98.227.107.19 | Common Law 2012 S01E10 In-Laws vs Outlaws HDTV x264-FQM[ettv] | TV Series | 0 | 5c9e57355c2c9e5b402a9e4719ec8fb83ae552 | 294285976 | 2012/07/28 |
| 98.227.107.19 | James Patterson & Mark T. Sullivan - Private Berlin (ePub mobi) | eBook | 0 | 5d9a7507ebaeea4e1eacfd5b4d050c21e8443c1 | 1241169 | 2013/02/26 |
| 98.227.107.19 | [ www.Torrentday.com ] - Dual.Survival.S03E01.480p.HDTV.x264-mSD | TV Series | 0 | 5db50b556f04d0f39e9899005ab69c9b66822d4a | 315265101 | 2013/02/03 |
| 98.227.107.19 | Awkward.S02E10.HDTV.x264-2HD.mp4 | TV Series | 0 | 5ed80e0a17d1c53995ad90ad2189c092f62621c1 | 173839442 | 2013/09/03 |
| 98.227.107.19 | The.Carrie.Diaries.S01E01.HDTV.x264-LOL.mp4 | TV Series | 0 | 5fbab26d538deae8450223d4b625e647f8f1d3769 | 399066020 | 2013/01/16 |
| 98.227.107.19 | Weeds.S08E05.HDTV.x264-ASAP.mp4 | TV Series | 0 | 61e1bf5e522df55319393650c9ea201e487dbcef | 225602446 | 2012/07/30 |
| 98.227.107.19 | American Idol S12E15 HDTV x264-2HD[ettv] | TV Series | 0 | 633819191d45cbb47f465b1ae35809ea64443a29b8 | 708622401 | 2013/03/06 |
| 98.227.107.19 | Ghost.Adventures.S06E03.The.Copper.Queen.Hotel.and.Oliver.House.HDTV.x264-the.mp4 | TV Series | 0 | 65c99819471cd0d0bbec0f1882930d9908efcc9 | 305120726 | 2012/07/24 |
| 98.227.107.19 | Big.Brother.US.After.Dark.S14E04.D09.DSR.XviD-1NT21.avi | TV Series | 0 | 660bae3f08cf665546d82af9410f7629d25b890 | 733677568 | 2012/07/20 |
| 98.227.107.19 | Snookl.And.JWOWW.S01E04.HDTV.x264-YesTV.mp4 | TV Series | 0 | 66f402d099dd07662251e888088897a7e90cc2714 | 210368144 | 2012/07/25 |
| 98.227.107.19 | [ www.Torrentday.com ] - Big.Brother.US.S14E06.PDTV.x264-BAJSKONV | TV Series | 0 | 676c99d350e418c0abf1570dd5501eb9d225253 | 323509756 | 2012/07/26 |
| 98.227.107.19 | Awkward.S02E06.What.Comes.First.Sex.or.Love.HDTV.x264-FQM.mp4 | TV Series | 0 | 6b7aa172081150e6ac9e6063b0db3b686d6a91f6 | 183021668 | 2012/08/03 |
| 98.227.107.19 | FarmingSimulator2013INT_ESD.rar | Software | 0 | 6c1092f8aee87334e41d688e7b3e9b639e0ab257 | 516890287 | 2012/12/23 |
| 98.227.107.19 | The Kiss (Witch & Wizard Series) by James Patterson | eBook | 0 | 6f10dcbe2332d192ec4fd4cf13d0924d069aaf36 | 3454925 | 2013/02/20 |
| 98.227.107.19 | Conan.the.Barbarian.2011.CAM.XviD-SiC.NoRar.www.crazy-torrent.com | Video | 0 | 7025713797c1dec152ea095bd09d573221176 | 1066927926 | 2012/07/30 |
| 98.227.107.19 | Rescue Me Season 5 Complete Plus Minisodes | TV Series | 0 | 7025715cf66c4cce1cf63390c1cf2197abaaa084 | 9971452489 | 2012/07/30 |
| 98.227.107.19 | Dual.Survival.S03E02 | TV Series | 0 | 73700c47ce4392354586adb09cbc1565c2f6825696 | 363568986 | 2013/02/03 |
| 98.227.107.19 | Stand Up Guys (2012) [1080p] | Video | 0 | 751ff38be625e8cdd1faa22ed9b501c694d350f | 1553866647 | 2013/05/28 |
| 98.227.107.19 | Season 8 | TV Series | 0 | 76fa53bd4a6a18159aeae4a48f328eacdf9d5db | 1015492790 | 2012/09/15-2012/09/16 |
| 98.227.107.19 | Pretty.Little.Liars.S03E22.HDTV.x264-LOL.mp4 | TV Series | 0 | 7a0c26b7fe3f89d0e78b86ed1db0b67bdbea148d2 | 233872967 | 2013/03/06 |
| 98.227.107.19 | Faming Simulator 2013 | Software | 0 | 7b9b009b8f4a4f9e29ce0cc8903f15a90eeca721d | 1618849841 | 2012/12/23 |
| 98.227.107.19 | [ www.Torrentday.com ] - Bones.S08E05.The.Method.In.The.Madness.480p.WEB-DL.x264-mSD | TV Series | 0 | 7cbb478ecb03b52b5ddze762abd61819a26d241 | 267009679 | 2012/12/23 |
| 98.227.107.19 | Pretty Little Liars S03E08 HDTV x264-LOL[ettv] | TV Series | 0 | 7d01596e8d065d833a4b05572fa5551ff68fca5 | 262684359 | 2012/08/02 |
| 98.227.107.19 | The Big Bang Theory.S05E13.HDTV.XviD.VOSTfr-Oxml.avi | TV Series | 0 | 80497837eeb5111216301f4fbfbd2d73cc0be3f56 | 154278928 | 2012/07/24 |
| 98.227.107.19 | Killing.Them.Softly.2012.DVDRip.XviD.AC3-nLiBRA | Video | 0 | 81eb840d9f054e6f4629cded300dad7ced420fc661 | 1735421165 | 2013/04/24 |
| 98.227.107.19 | The Croods 2013 CAM XViD AC3-sCORp | Video | 0 | 8463e7819a67bfd631a49036eddac57dbf083380 | 1485040921 | 2013/03/28 |
| 98.227.107.19 | | Video | 0 | 85438416685c63b146df6de051b2514132dbed16 | 2144700 | 2012/09/03 |
| 98.227.107.19 | [ www.torrentDay.com ] - Big.Brother.US.S14E03.PDTV.x264-BAJSKONV | TV Series | 0 | 86e9b3965e5eee2f441d6544f22e4c10c55ae573 | 311606398 | 2012/07/08 |
| 98.227.107.19 | Top.Gear.18x03.HDTV.x264-FoV.mp4 | TV Series | 0 | 8845c4f4d5cb1951200478640f83460a3161bdb | 552576708 | 2013/04/17-2013/05/07 |
| 98.227.107.19 | [ www.Torrentday.com ] - Bones.S08E09.The.Ghost.In.The.Machine.480p.WEB-DL.x264-mSD | TV Series | 0 | 8c0dddf6c9933ce8639aa09a51ce760b1941e45e | 277262043 | 2012/12/23 |
| 98.227.107.19 | The.Campaign.EXTENDED.DVDRip.XviD-COCAIN | Video | 0 | 8da4717ac53b01d22857ee9eaa1dc36dea373812 | 739171984 | 2012/12/23 |
| 98.227.107.19 | Rescue Me Season 7 | TV Series | 0 | 8e85fe57495dee769119d4b0f510c2319fe112bd9 | 3757289891 | 2012/07/30 |
| 98.227.107.19 | The Bible (2013) Miniseries (Divx) Complete | Video | 0 | 8f352e838dc71a60d8286da22fbd7f4806237cb5 | 3659703646 | 2013/04/17-2013/03/28 |
| 98.227.107.19 | Barbie.in.The.Pink.Shoes.2013.DVDRip.XviD.AC3-VoXHD | Video | 0 | 93c76922a478e951f119662cd0b4c51259a8423 | 1258051325 | 2013/02/17 |
| 98.227.107.19 | Ghost.Adventures.S06E04.The.National.Hotel.HDTV.x264-the.mp4 | TV Series | 0 | 97ab3a473bab5509b1bdd78f3b02e0e7ec5a3ff0f | 397795848 | 2012/07/24 |
| 98.227.107.19 | [ www.Speed.Cd ] - Bones.S08E06.The.But.In.The.Joke.720p.WEB-DL.x264-mSD | TV Series | 0 | 982386dc1f1d70a1e834d3da36c12cd59bf602a58 | 648256822 | 2012/12/23 |
| 98.227.107.19 | Parker.2013.BRRip.XviD-S4A | Video | 0 | 9981f723ee1e406613762581111ab2c07f2b330 | 740955979 | 2013/05/07 |
| 98.227.107.19 | Farming.Simulator.2013-RELOADED | Software | 0 | 9b54d3478f282526b1a2c8408534cc170eb963ee4 | 1621010717 | 2012/12/23 |
| 98.227.107.19 | Farming.Simulator.2013-RELOADED | Software | 0 | 9bd4301eda0764611f15069c995c87b340b51913 | 1621010717 | 2012/12/23 |
| 98.227.107.19 | Lincoln.2012.DVDSCR.XViD.AC3-PooKaS | Video | 0 | 9dd36d4a4859618d6cd36dfbe15ade92001ab06 | 2765855653 | 2013/04/17-2013/04/25 |
| 98.227.107.19 | Hansel.and.Gretel.Witch.Hunters.2013.DVDRip.XviD-P2P | Video | 0 | 9e81edae9b7ef06d25305865fd5fb10333232d1bc | 643577190 | 2013/05/07-2013/05/08 |
| 98.227.107.19 | [ www.TorrentDay.com ] - Bones.S08E01 | TV Series | 0 | a06fe0c1c2632b3ef7d3eedd001d0381f601ab06 | 363470478 | 2012/12/23 |
| 98.227.107.19 | Lego Ninjago Mini-Movies 1 - 6 [O5] | TV Series | 0 | a26bd39804d4d76dd3dc0ba9acde779ab27d9f | 99867396 | 2012/07/26 |
| 98.227.107.19 | The.Real.Housewives.of.New.Jersey.S04E12.The.Jersey.Side.Step.RKSTR.mp4 | TV Series | -2 | a4222e39192c57db5f52881fbfccbb74e92e96da6 | 555173b0c3 | 2012/07/29 |
| 98.227.107.19 | AwesomeDL.com_Snookl.And.JWOWW.S01E07.x264.AC3.DNSR.mp4 | TV Series | 0 | b0d7fe48c32b3acc02d123443054467b1326bbcf | 215813372 | 2012/09/03 |
| 98.227.107.19 | Il etait une fois, une fois - FRENCH DVDRip.XviD Sub | Video | 0 | b271c618aed9b16d27928ced09afe7df4f4c6fff9 | 779049975 | 2012/07/24 |
| 98.227.107.19 | Bones S8.E1 (xCrazy032Xx) | TV Series | 0 | b98fce879d81c31ba5937ecd44ff75231f0ee86ea | 364053776 | 2012/12/23 |
| 98.227.107.19 | [ www.TorrentDay.com ] - Big.Brother.US.S14E04.PDTV.x264-BAJSKONV | TV Series | 0 | bd8a2e6de0d7d0496d3949a7826e6a8b5812 | 381925662 | 2012/07/20 |
| 98.227.107.19 | SpArkle.2012_BBRip.XViD-Absurdity | Video | 0 | bdddf7f6417d6395ac2908299a902fbf3231b28a50 | 739621156 | 2012/12/23 |

| IP | Torrentname | Category | Score | FileHash | Size | Date |
|---|---|---|---|---|---|---|
| 98.227.107.19 | The Watch 2012 DVDRip XViD-PLAYNOW avi | Video | 0 | c23196cc262f633Bb11c25bba50cf26e405ea6d65 | 1215408467 | 2012/12/23 |
| 98.227.107.19 | snookl.and.jwoww.s01e08.hdtv.x264-2hd.mp4 | TV Series | 0 | c36de705955465f3e5f9b0365910797ca02e82f6 | 24781633 | 2012/09/03 |
| 98.227.107.19 | Pitch Perfect (2012) | Video | 0 | c8724f2332db0f1fbfb41b0022df50b5a0315ce37 | 837662367 | 2012/12/23 |
| 98.227.107.19 | Rescue Me Season 6 | TV Series | 0 | c91a0cc5875c7479f4440af40b634ce93ae81af0 | 3701217907 | 2012/07/30-2012/07/31 |
| 98.227.107.19 | [ www.TorrentDay.com ] - Snookl.and.JWOWW.S01E11.HDTV.x264-2HD | TV Series | 0 | ce57a511B0e6dc4a97c96a08a60f6c47d920d4dc | 217536044 | 2012/09/03-2012/09/04 |
| 98.227.107.19 | Rihanna - Stay (Ft. Nikky Ekko) [iTunes] [2013] 256kbps M4A [nlt2] | Audio | 0 | cbcafd76f1b298acc8bab98ffbaa23b5c701dd12 | 8828177 | 2013/03/09 |
| 98.227.107.19 | Rookie.Blue.S03E07.HDTV.x264-EVOLVE.mp4 | TV Series | 0 | cc11635174246c2a5f452ca109a40a7c220be58 | 283239488 | 2012/07/20 |
| 92.227.107.19 | The.Real.Housewives.of.New.Jersey.S04E13.Sit.Down.and.Man.Up.RKSTR.mp4 | TV Series | -2 | cc3530f1f47fcea375d791cd04714cbccf1fe5 | 325761292 | 2012.07/29 |
| 98.227.107.19 | Hey Porsche - Single | Audio | 0 | cf947bac644f27bb39464d6ddd0d9092847a458 | 8478198 | 2013/02/14 |
| 98.227.107.19 | Pretty Little Liars S03E07 HDTV x264-LOL[ettv] | TV Series | 0 | d10e01f7db9530032B0cce5725a99cd4ecbbda560 | 840062673 | 2012/07/28 |
| 98.227.107.19 | The.Hobbit.2012.DVDScr.XViD.AC3.HQ.Hive-CM8 | Video | 0 | d1e8c96d76ca0d3edcbf6dc45a53ef9e11649e5 | 293410619 | 2012/07/25-2012/07/28 |
| 98.227.107.19 | Weeds S08E04 HDTV x264-SYS[ettv] | TV Series | 0 | d20e34d7c69c296b7cb74f7532df6aa4d2be901c | 2532545930 | 2013/04/17-2013/04/30 |
| 98.227.107.19 | Rescue Me Season 5 | TV Series | 0 | d67a67ed737bc4721b852b24cb5c5a704d61266 | 215467399 | 2012/07/23 |
| 98.227.107.19 | James Patterson - I Michael Bennett (2012) [EDGE] | eBook | 0 | d72ab2cd0bc786090567d9251c890adc20644fe | 8063779435 | 2012/07/31 |
| 98.227.107.19 | The Odd Life of Timothy Green 2012 BDRip XviD-SPARKS | Video | 0 | da6ca6d7a2646Bdba01007a2dfce352cf3ac6069c | 464904 | 2012/08/03 |
| 98.227.107.19 | Snookl.and.JWOWW.S01E10.HDTV.x264-2HD | TV Series | 0 | dbb560c97cf74e23c4196dd14643a2eba7af336 | 1465819475 | 2012/12/23 |
| 98.227.107.19 | Pretty.Little.Liars.S03E11.HDTV.x264-LOL.mp4 | TV Series | 0 | dcd51705ca0f04d13709f63b9f9a7fbdc4b047 | 156378842 | 2013/03/01 |
| 98.227.107.19 | Prometheus.2012.DVDRip.Xvid-Anarchy.zip | Video | 0 | e0d6aa3cdc627a0b6b222d4ca30ecb1a50d528dd | 248606145 | 2012/12/23 |
| 98.227.107.19 | Thats My Boy 2012 BRRip XviD - Aceans$ | Video | 0 | e2962682576894a97c6de72639654f3599fb56b6 | 736475779 | 2012/12/23 |
| 98.227.107.19 | Mythbusters Season 7 | TV Series | 0 | e2962e8e5619dccf25ca9f219ab5ba1941c54e | 736820239 | 2012/12/23 |
| 98.227.107.19 | Common.Law.2012.S01E09.HDTV.XviD-AFG | TV Series | 0 | e34c852abbec30f7a30d6a786d08127612ebc41 | 9179252474 | 2012/09/15-2012/09/16 |
| 98.227.107.19 | Lego Ninjago Masters of Spinjitzu - 301 - Darkness Shall Rise [C_P].avi | TV Series | 0 | e9ef1f0fc6f76254742bc551370f59e89acb657a | 347655547 | 2012/08/02 |
| 98.227.107.19 | Skyfall.2012.DVDRip.XviD-SPARKS | Video | 0 | ee01f66f752c34ada14273929e103a3a844654a8 | 183501882 | 2012/07/26-2012/07/28 |
| 98.227.107.19 | Ghost.Adventures.S06E06.The.Gaika.family.HDTV.x264-tHe.mp4 | TV Series | 0 | f149e64d01602edec3717434f62d90f2eeb97d8 | 1463736909 | 2013/04/30 |
| 98.227.107.19 | Seeking.a.Friend.for.the.End.of.the.World.2012.DVDRip.XviD-SPARKS | Video | 0 | f26d8a2ed643ae85bbc1df0b15c2c2b13d98448a | 270903569 | 2012/07/24 |
| 98.227.107.19 | Man vs Wild Season 6 | TV Series | 0 | f4becc2c42f0a1bc5c8a4332c1e5B33cba5f9ce4 | 746833189 | 2012/12/23 |
| 98.227.107.19 | Awkward S02E08 HDTV x264-ASAP[ettv] | TV Series | 0 | f4efa2d90474169520504dc396ea6dc3c227de5f | 5492100900 | 2012/07/24 |
| 98.227.107.19 | Disney-Sofia The First Once Upon a Princess [2012] | Video | 0 | f6be1e90ce4a1036f6ed4029c9c0e023003bbd803a | 149074977 | 2012/09/03 |
| 98.227.107.19 | Jack Reacher (2012) [1080p] | Video | 0 | f8a6f7b1f30cf22a7b5611d625a18f30dd46d71b | 577152128 | 2013/03/15 |
| 98.227.107.19 | Kids Bop Kids - KIDZ BOP Christmas! 2012 320kbps CBR MP3 [VX] [P2PDL] | Audio | 0 | fbaab19e3b96d5e032d3857e3a4a6f71d79acd37 | 2142518668 | 2013/05/07-2013/05/14 |
| 98.227.107.19 | Lego Ninjago Masters of Spinjitzu - 303 - Double Trouble [C_P].avi | TV Series | 0 | f0df597113b4a3f7176e2e67a5Bb737Bf1ef7 | 102802176 | 2012/08/04 |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| R & D FILM 1, LLC, | ) |
| | ) |
| | ) Case No.: |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Judge |
| DOES 1- 103, | ) |
| | ) Magistrate Judge |
| Defendants. | ) |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, R & D Film 1, LLC, by and through its undersigned counsel, for and as its Complaint against Defendants, alleges as follows:

### JURISDICTION AND VENUE

1.     This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. §101 *et seq.).* As set forth in greater detail below, this action involves the unauthorized acquisition and transfer of Plaintiff's copyrighted motion picture "The Divide" by Defendants.

2.     This Court has jurisdiction under 17 U.S.C. §101 *et seq.;* 28 U.S.C. §1331 (federal question); and 28 U.S.C. §1338(a) (copyright).

3.     The manner of the transfer of Plaintiff's motion picture, "The Divide," at issue among Pier-to-Pier ("P2P") network users is called a "BitTorrent protocol" or "torrent," which is different than the standard P2P protocol used for such networks as Kazaa and Limewire. The BitTorrent protocol makes even small computers with low bandwidth capable of participating in large data transfers across a P2P network. The initial file-provider intentionally elects to share a file with a

torrent network. This initial file is called a seed. Other users ("peers") and the network connect

to the seed file to download. As additional peers request the same file, each additional user

becomes a part of the network from which the file can be downloaded. However, unlike a

traditional peer-to-peer network, each new file downloader is receiving a different piece of the data

from each user who has already downloaded the file that together comprises the whole. This

piecemeal system with multiple pieces of data coming from peer members is usually referred to as

a "swarm." The effect of this technology makes every downloader also an uploader of the illegally

transferred file(s). This means that every "node" or peer user who has a copy of the infringing

copyrighted material on a torrent network must necessarily also be a source of download for that

infringing file.

4.      This distributed nature of BitTorrent leads to a rapid viral spreading of a file

throughout peer users. As more peers join the swarm, the likelihood of a successful download

increases. Because of the nature of a BitTorrent protocol, any seed peer that has downloaded a file

prior to the time a subsequent peer downloads the same file is automatically a source for the

subsequent peer so long as that first seed peer is online at the time the subsequent peer downloads a

file. Essentially, because of the nature of the swarm downloads as described above, every infringer is

stealing copyrighted material from many Internet Service Providers ("ISPs") in numerous jurisdictions

around the country.

5.      On information and belief, personal jurisdiction in this District is proper because each

Defendant, without consent or permission of Plaintiff as exclusive rights owner, within Illinois

reproduced, distributed and offered to distribute among other Defendants over the Internet

copyrighted works for which Plaintiff has exclusive rights. Plaintiff has used geolocation

technology to trace the Internet Protocol ("IP") addresses of each Defendant to a point of origin

within the State of Illinois. On information and belief, each Defendant has an IP address based in

2

Illinois and resides in or committed copyright infringement in the State of Illinois.

6.      In the alternative, this Court has personal jurisdiction over non-resident Defendants, if any, under the Illinois long-arm statute, 735 ILCS 5/2-209(a)(2), because they downloaded copyrighted content from or uploaded it to Illinois residents, thus committing a tortious act within the meaning of the statute.

7.      Venue in this District is proper under 28 U.S.C. §1391(b) and/or 28 U.S.C. §1400(a). Although the true identity of each Defendant is unknown to Plaintiff at this time, on information and belief, Defendants reside in this District, may be found in this District and/or a substantial part of the acts of infringement complained of herein occurred in this District. In the alternative, on information and belief, a Defendant resides in this District and all of the Defendants reside in this State.

## THE PARTIES

8.      Plaintiff, R & D Film 1, LLC, (the "Plaintiff") is a developer and producer of motion pictures. Plaintiff brings this action to stop Defendants from copying and distributing to others over the Internet unauthorized copies of Plaintiff's copyrighted motion picture. Defendants' infringements allow them and others unlawfully to obtain and distribute for free unauthorized copyrighted works that Plaintiff spends millions of dollars to create and/or distribute. Each time a Defendant unlawfully distributes a free copy of Plaintiff's copyrighted motion picture to others over the Internet, each person who copies that motion picture can then distribute that unlawful copy to others without any significant degradation in sound and picture quality. Thus, a Defendant's distribution of even one unlawful copy of a motion picture can result in the nearly instantaneous worldwide distribution of that single copy to a limitless number of people. Plaintiff now seeks redress for this rampant infringement of its exclusive rights.

3

9.    Plaintiff, R & D Film 1, LLC is a corporation of California having a principal place of business at 9601 Wilshire Blvd., Suite 700, Beverly Hills, CA 90210. Plaintiff is engaged in the development and production of motion pictures for theatrical exhibition, home entertainment and other forms of distribution. Plaintiff is the owner of the copyrights and/or the pertinent exclusive rights under copyright in the United States in the motion picture that has been unlawfully distributed over the Internet by Defendants.

10.   The true names of Defendants are unknown to Plaintiff at this time. Each Defendant is known to Plaintiff only by the Internet Protocol ("IP") address assigned to that Defendant by his or her Internet Service Provider and the date and the time at which the infringing activity of each Defendant was observed. Plaintiff believes that information obtained in discovery will lead to the identification of each Defendant's true name and will permit Plaintiff to amend this Complaint to state the same. Plaintiff further believes that additional information obtained will lead to the identification of additional infringing parties, as monitoring of online infringement of Plaintiff's motion picture is ongoing.

## COUNT I
## COPYRIGHT INFRINGEMENT

11.   Plaintiff was responsible for the production of the commercially released motion picture titled "The Divide," directed by Xavier Gens and starring Lauren German, Michael Biehn and Milo Ventimiglia, among others, that has significant value and has been produced and created at considerable expense.

12.   At all relevant times, Plaintiff has been the holder of the pertinent exclusive rights infringed by Defendants, as alleged hereunder, for certain copyrighted motion pictures, including but not limited to the copyrighted motion picture "The Divide" ("Copyrighted Motion Picture," including

4

derivative works). The Copyrighted Motion Picture is the subject of a valid Certificate of Copyright

Registration (Registration No. PAu 3-569-586) issued by the Register of Copyrights on March 25,

2011. (Exhibit A).

13.     The Copyrighted Motion Picture includes a copyright notice advising the viewer that the

motion picture is protected by the copyright laws.

14.     Plaintiff is informed and believes that each Defendant, without the permission or consent

of Plaintiff, has used, and continues to use, an online media distribution system to reproduce and

distribute to the public, including by making available for distribution to others, the Copyrighted Motion

Picture. Plaintiff has identified each Defendant by the IP address assigned to that Defendant by his or her

ISP and the date and the time at which the infringing activity of each Defendant was observed (Exhibit

B). In doing so, each Defendant has violated Plaintiff's exclusive rights of reproduction and

distribution. Each Defendant's actions constitute infringement of Plaintiff's exclusive rights protected

under the Copyright Act (17 U.S.C. §101 *et seq.*).

15.     On information and belief, each Defendant participated in a swarm and/or reproduced

and/or distributed the same seed file of Plaintiff's Copyrighted Motion Picture in digital form with

other Defendants. In particular, on information and belief, Defendants participated in a common

swarm with other Defendants for the purpose of exchanging portions of infringing copyrighted

material unique to the swarm.

16.     The foregoing acts of infringement have been willful, intentional, and in disregard of and

with indifference to the rights of Plaintiff.

5

17.     As a result of each Defendant's infringement of Plaintiff's exclusive rights under copyright, Plaintiff is entitled to relief pursuant to 17 U.S.C. §504 and to its attorneys' fees and costs pursuant to 17 U.S.C. §505.

18.     The conduct of each Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiff great and irreparable injury that cannot fully be compensated or measured in money. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. §§502 and 503, Plaintiff is entitled to injunctive relief prohibiting each Defendant from further infringing Plaintiff's copyright and ordering that each Defendant destroy all copies of Copyrighted Motion Picture made in violation of Plaintiff's copyrights.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff prays for judgment against each Defendant and relief as follows:

1.     For entry of permanent injunctions providing that each Defendant shall be enjoined from directly or indirectly infringing Plaintiff's rights in the Copyrighted Motion Picture and any motion picture, whether now in existence or later created, that is owned or controlled by the Plaintiff ("Plaintiff's Motion Pictures"), including without limitation by using the Internet to reproduce or copy Plaintiff's Motion Pictures, to distribute Plaintiff's Motion Pictures, or to make Plaintiff's Motion Pictures available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiff. Each Defendant also shall destroy all copies of Plaintiff's Motion Pictures that Defendant has downloaded onto any computer hard drive or server without Plaintiff's authorization and (subject to the Order of Impoundment prayed for below) shall serve up all copies of those downloaded motion pictures transferred onto any physical medium or device in each Defendant's possession, custody or control.

6

2.    For Judgment in favor of Plaintiff against Defendants that they have: a) willfully infringed Plaintiff's rights in its federally registered copyright pursuant to 17 U.S.C. §501; and b) otherwise injured the business reputation and business of Plaintiff by Defendants' acts and conduct set forth in this Complaint.

3.    For Judgment in favor of Plaintiff against Defendants for actual damages or statutory damages pursuant to 17 U.S.C. §504, at the election of Plaintiff, in an amount to be determined at trial.

4.    For an Order of Impoundment under 17 U.S.C. §§503 and 509(a) impounding all infringing copies of Plaintiff's audiovisual works, photographs and other materials, which are in Defendants' possession or under their control.

5.    For Judgment in favor of Plaintiff and against Defendants awarding Plaintiff attorneys' fees, litigation expenses (including fees and costs of expert witnesses) and other costs of this action.

6.    For Judgment in favor of Plaintiff against Defendants, awarding Plaintiff such further declaratory and injunctive relief as may be just and proper under the circumstances.

7

**JURY DEMAND**

Plaintiff demands trial by jury on all issues so triable.


DATED: November 9, 2012            Respectfully submitted,

R & D Film 1, LLC


By:      s/ Michael A. Hierl
         Michael A. Hierl (Bar No. 3128021)
         Todd S. Parkhurst (Bar No. 2145456)
         Hughes Socol Piers Resnick & Dym, Ltd.
         Three First National Plaza
         70 W. Madison Street, Suite 4000
         Chicago, Illinois 60602
         (312) 580-0100 Telephone
         (312) 580-1994 Facsimile
         mhierl@hsplegal.com

         Attorneys for Plaintiff
         R & D Film 1, LLC

# EXHIBIT A

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
PAu 3-569-586

Effective date of registration:

March 25, 2011

---

**Title**

Title of Work: The Divide

**Completion/Publication**

Year of Completion: 2010

**Author**

■ Author: R & D Film 1, LLC

Author Created: entire motion picture

Work made for hire: Yes

Citizen of: United States          Domiciled in: United States

**Copyright claimant**

Copyright Claimant: R & D Film 1, LLC

810 Superba Ave, Venice, CA 90291

Transfer Statement: By written agreement

**Rights and Permissions**

Name: Ross Dinerstein

Email: ross@preferredcontent.net          Telephone: 310-393-0707

**Certification**

Name: Ross Dinerstein

Date: March 23, 2011

---

Correspondence: Yes

Page 1 of 1

# EXHIBIT B

| | IP Address | GUID | P2PClient | Hit2medUTC | FileName | FileHash | ISP | Region | City |
|---|---|---|---|---|---|---|---|---|---|
| 1. | 24.1.180.192 | 4D172D212D01D2D12AC5EC7186657421D05D21B | BitTorrent 7.2.0 | 7/6/12 02:13:21 AM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | Comcast Cable / Wireless Data Service Provider Corporation | Illinois | Chicago |
| 2. | 198.229.216.130 | 1D41SA1479D12D031417122024HFA76758786 | Vuze 4.7.0.2 | 7/6/12 07:39:18 AM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | Comcast Cable | Illinois | Streator |
| 3. | 99.215.41.188 | 1D5541331133002D047SA7AA06078C0BA5B03BDC5 | μTorrent 3.1.3 | 7/7/12 01:43:56 AM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | Comcast Cable | Illinois | Midlothian |
| 4. | 99.215.41.70 | 4D72D0A2D2D01D2D0C041D15EFE1426916F7134 | BitTorrent 7.6.0 | 7/8/12 05:32:57 AM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | Comcast Cable | Illinois | Elgin |
| 5. | 24.15.141.32 | 1D5541331133002D047SA179760D031I8FEDACA5EF | μTorrent 3.1.3 | 7/9/12 12:04:35 AM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | Comcast Cable | Illinois | Bolingbrook |
| 6. | 71.201.61.128 | 1D5541331133002D047A2N89B891D2D04AF2F1E | μTorrent 3.1.3 | 7/9/012 07-53:08 AM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | Comcast Cable | Illinois | Roselle |
| 7. | 98.215.66.254 | 1D5541331133002D047ReABFYABC0D031499CD38C | μTorrent 3.1.3 | 7/9/012 08:34:29 PM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | Comcast Cable | Illinois | Chicago |
| 8. | 24.7.202.178 | 1D41SA1479D12D041456751647A776CC6E42 | Vuze 4.7.0.2 | 7/13/012 10:05:14 PM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | Comcast Cable | Illinois | Chicago |
| 9. | 69.167.123.182 | 4D172D1D32010D2010344898C72A4AECB0EBCSE17A | BitTorrent 7.5.0 | 7/14/012 11:07:51 PM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | Wa Connect, LLC | Illinois | Downers Grove |
| 10. | 24.12.99.148 | 1D5541331133002D047B068C0F418EDED2DFRIA3097 | BitTorrent 7.2.0 | 7/19/012 07:27:56 AM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | Comcast Cable | Illinois | Chicago |
| 11. | 76.16.155.84 | 4D172D0A2D11D2D20C00AF5F199ADEBE1AF2EB466 | BitTorrent 7.6.1 | 7/6/012 08:00:19 PM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | Comcast Cable | Illinois | Oak Forest |
| 12. | 67.176.161.147 | 1D5541331133002D056E0D2DD0C11F1A1AA4242B2EA | μTorrent 3.1.2 | 7/7/012 02:42:21 AM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | Comcast Cable | Illinois | Crystal Lake |
| 13. | 71.239.102.38 | 4D172D12D1D002D01BA5EAA5C5C1AC006738CE | BitTorrent 7.2.0 | 7/7/012 02:42:21 AM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | Comcast Cable | Illinois | Palatine |
| 14. | 69.67.178.26 | 1D5541331211012D1A65D129ViCA1I76EA0D1CE | μTorrent 2.2.1 | 7/9/012 01:09:18 AM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | WideOpenWest | Illinois | Mount Prospect |
| 15. | 68.58.4.256 | 1D41SA1479D12D077e444A3074835466631S4 | Vuze 4.7.0.2 | 7/9/012 01:03:35 AM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | Comcast Cable | Illinois | Chicago |
| 16. | 67.165.175.42 | 1D4243013311D07947I0APC1C78038I3D5S9013 | BitCloud 1.31 | 7/9/012 01:11:20 AM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | Comcast Cable | Illinois | Chicago |
| 17. | 24.1.160.80 | 1D5541331133002D06F4A42B91A619594C0073E74 | μTorrent 3.1.3 | 7/9/012 09:01:36 AM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | Comcast Cable | Illinois | Glencoe |
| 18. | 98.206.28.134 | 1D41SA1479D12D007EBRAA89689DAF7911 | Vuze 4.7.1.3 | 7/20/012 07:01:16 AM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | Comcast Cable | Illinois | Chicago |
| 19. | 98.253.159.118 | 1D41SA1479D12D007A44D1D2E14EC1E1D03S8A24PR911 | μTorrent 3.1.3 | 7/21/012 11:00:41 PM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | Comcast Cable | Illinois | Chicago |
| 20. | 69.47.211.83 | 1D5541331133002D07B66144F1C9D0B0C018EE525A | μTorrent 3.1.2 | 7/21/012 01:23:15 PM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | WideOpenWest | Illinois | Elgin |
| 21. | 67.173.111.881 | 1D41SA1479D12D2E07097D1244S4A3864B85003 | Vuze 4.7.0.2 | 7/21/012 07:51:04 PM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | WideOpenWest | Illinois | Bloomingdale |
| 22. | 24.148.18.99 | 1D5541331133002D047AA4895FE9D0D19A30A4FC | μTorrent 3.1.3 | 7/22/012 00:41:24 AM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | RCN Corporation | Illinois | Chicago |
| 23. | 168.200.17 | 1D5541331133002D047AADF6AD04D04FED6910SF91665 | μTorrent 3.1.3 | 7/22/012 05:09:27 AM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | Silver IP Communications | Illinois | Chicago |
| 24. | 64.107.1.163 | 1D41SA1479D12D21SA1563566C0V73A7XA9614C | Vuze 4.7.0.2 | 7/23/012 06:03:30 PM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | Illinois Century Network | Illinois | Chicago |
| 25. | 98.226.186.53 | 4D72D0A2D11D2D1D356996180DAC31E0D4FBEA0FFD | BitTorrent 7.6.1 | 7/24/012 10:03:21 PM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | Comcast Cable | Illinois | Chicago |
| 26. | 67.176.249.201 | 1D41SA1479D13322D04B96F71446496346449531A | Vuze 4.7.1.2 | 7/24/012 12:13:26 AM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | Comcast Cable | Illinois | Oswego |
| 27. | 24.13.178.250 | 1D5541331133002DADA604D39D2FA11E03B0183D9 | μTorrent 3.1.3 | 7/26/012 11:27:46 PM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | Comcast Cable | Illinois | Schaumburg |
| 28. | 98.226.231.174 | 1D5541331231133V02D2A4E62914AE3747=0EEBD4B8 | μTorrent 2.2.1 | 7/28/012 06:07 PM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | Comcast Cable | Illinois | Lombard |
| 29. | 67.163.43.64 | 1D5541331133002D08A0EE01DC857E11SAA7AENE | μTorrent 3.2.0 | 7/28/012 10:33:31 PM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | Comcast Cable | Illinois | Chicago |
| 30. | 69.47.244.68 | 1D5541331133002D07AA0949D2684C3H9245ACC51 | μTorrent 3.1.3 | 7/28/012 12:25:17 PM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | WideOpenWest | Illinois | Chicago |
| 31. | 24.148.18.61 | 1D5541331330D102D5A1CDC0402CE0A2D3D1TDB | μTorrent 3.0.0 | 7/29/012 02:99:56 PM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | RCN Corporation | Illinois | Chicago |
| 32. | 98.215.6.194 | 1D5541331133002D0FAA10E04F311C385315DCF23 | μTorrent 3.1.3 | 7/31/012 05:41:17 AM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | Comcast Cable | Illinois | Kewanee |
| 33. | 98.253.50.13 | 1D5541331331002D280EB06BAAB9P6115C0BC14D1F250 | μTorrent 3.2.0 | 8/1/012 11:00:44 PM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | Comcast Cable | Illinois | Sterling |
| 34. | 50.129.188.24 | 1D5541331330002D806066A9D66448FTBX0YCESSBE8E | μTorrent 3.2.0 | 8/2/012 11:07:45 PM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | Comcast Cable | Illinois | Buffalo Grove |
| 35. | 67.175.140.96 | 1D5541331330002D8066A6AAAC7135D97A85F57 | μTorrent 3.2.0 | 8/2/012 01:31:08 AM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | Comcast Cable | Illinois | Gurnee |
| 36. | 98.222.293.51 | 1D054D1133133002D0947D71C7F0D7D2EA51CD2e99 | -1D41S1D | 8/2/012 06:07:48 AM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | Comcast Cable | Illinois | Chicago |
| 37. | 98.253.207.87 | 4D172D0A2D1D12D2554AABA70C32838EF4421 | BitTorrent 7.6.1 | 8/4/012 05:38:39 PM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | Comcast Cable | Illinois | Rochelle |
| 38. | 67.173.41.232 | 1D41SA1479D122D34SA46FS0S41S5A6EB3514E | Vuze 4.7.0.2 | 8/4/012 04:09:30 PM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | Comcast Cable | Illinois | Lombard |
| 39. | 50.141.188.163 | 4D172D0A2D01D12D016848B8FA4AF5C499085A0FR | BitTorrent 7.6.0 | 8/5/012 10:53:10 PM | The.Divide.2011.LIMITED.DVDRip.XviD-SPARKS | 92B5FB182MeFBADNEFP3CICA19F441AO330DCF9 SHA1: | Comcast Cable | Illinois | Vernon Hills |