**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RG INVESTMENTS GROUP, INC., | ) |
| | ) |
| | ) Case No.: |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Judge |
| DOES 1- 26, | ) |
| | ) Magistrate Judge |
| Defendants. | ) |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, RG Investments Group, Inc., by and through its undersigned counsel, for and as its Complaint against Defendants, alleges as follows:

### JURISDICTION AND VENUE

1.      This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. §101 *et seq.).* As set forth in greater detail below, this action involves the unauthorized acquisition and transfer of Plaintiff's copyrighted motion picture "Video Girl" by Defendants.

2.      This Court has jurisdiction under 17 U.S.C. §101 *et seq.;* 28 U.S.C. §1331 (federal question); and 28 U.S.C. §1338(a) (copyright).

3.      The manner of the transfer of Plaintiff's motion picture, "Video Girl," at issue among Pier-to-Pier ("P2P") network users is called a "BitTorrent protocol" or "torrent," which is different than the standard P2P protocol used for such networks as Kazaa and Limewire. The BitTorrent protocol makes even small computers with low bandwidth capable of participating in large data transfers across a P2P network. The initial file-provider intentionally elects to share a file with a

torrent network. This initial file is called a seed. Other users ("peers") and the network connect

to the seed file to download. As additional peers request the same file, each additional user

becomes a part of the network from which the file can be downloaded. However, unlike a

traditional peer-to-peer network, each new file downloader is receiving a different piece of the data

from each user who has already downloaded the file that together comprises the whole. This

piecemeal system with multiple pieces of data coming from peer members is usually referred to as

a "swarm." The effect of this technology makes every downloader also an uploader of the illegally

transferred file(s). This means that every "node" or peer user who has a copy of the infringing

copyrighted material on a torrent network must necessarily also be a source of download for that

infringing file.

4.     This distributed nature of BitTorrent leads to a rapid viral spreading of a file

throughout peer users. As more peers join the swarm, the likelihood of a successful download

increases. Because of the nature of a BitTorrent protocol, any seed peer that has downloaded a file

prior to the time a subsequent peer downloads the same file is automatically a source for the

subsequent peer so long as that first seed peer is online at the time the subsequent peer downloads a

file. Essentially, because of the nature of the swarm downloads as described above, every infringer is

*simultaneously* stealing copyrighted material from many Internet Service Providers ("ISPs") in

numerous jurisdictions around the country.

5.     On information and belief, personal jurisdiction in this District is proper because each

Defendant, without consent or permission of Plaintiff as exclusive rights owner, within Illinois

reproduced, distributed and offered to distribute among other Defendants over the Internet

copyrighted works for which Plaintiff has exclusive rights. Plaintiff has used geolocation

technology to trace the Internet Protocol ("IP") addresses of each Defendant to a point of origin

within the State of Illinois. On information and belief, each Defendant has an IP address based in

2

Illinois and resides in or committed copyright infringement in the State of Illinois.

6.    In the alternative, this Court has personal jurisdiction over non-resident Defendants, if any, under the Illinois long-arm statute, 735 ILCS 5/2-209(a)(2), because they downloaded copyrighted content from or uploaded it to Illinois residents, thus committing a tortious act within the meaning of the statute.

7.    Venue in this District is proper under 28 U.S.C. §1391(b) and/or 28 U.S.C. §1400(a). Although the true identity of each Defendant is unknown to Plaintiff at this time, on information and belief, Defendants reside in this District, may be found in this District and/or a substantial part of the acts of infringement complained of herein occurred in this District. In the alternative, on information and belief, a Defendant resides in this District and all of the Defendants reside in this State.

## THE PARTIES

8.    Plaintiff, RG Investments Group, Inc., (the "Plaintiff') is a developer, producer and distributor of motion pictures and television shows. Plaintiff brings this action to stop Defendants from copying and distributing to others over the Internet unauthorized copies of Plaintiff's copyrighted motion picture. Defendants' infringements allow them and others unlawfully to obtain and distribute for free unauthorized copyrighted works that Plaintiff spends millions of dollars to create and/or distribute. Each time a Defendant unlawfully distributes a free copy of Plaintiff's copyrighted motion picture to others over the Internet, each person who copies that motion picture can then distribute that unlawful copy to others without any significant degradation in sound and picture quality. Thus, a Defendant's distribution of even one unlawful copy of a motion picture can result in the nearly instantaneous worldwide distribution of that single copy to a limitless number of people. Plaintiff now seeks redress for this rampant infringement of its exclusive rights.

3

9.     Plaintiff, RG Investments Group, Inc. is a corporation of Nevada having a principal

place of business at 3838 Raymert Drive, Suite 3, Las Vegas, NV 89121. Plaintiff is engaged in the

production and distribution of motion pictures and television shows for theatrical exhibition,

home entertainment and other forms of distribution. Plaintiff is the owner of the copyrights and/or the

pertinent exclusive rights under copyright in the United States in the motion picture that has been

unlawfully distributed over the Internet by Defendants.


10.     The true names of Defendants are unknown to Plaintiff at this time. Each

Defendant is known to Plaintiff only by the Internet Protocol ("IP") address assigned to that

Defendant by his or her Internet Service Provider and the date and the time at which the infringing

activity of each Defendant was observed. Plaintiff believes that information obtained in discovery

will lead to the identification of each Defendant's true name and will permit Plaintiff to amend this

Complaint to state the same. Plaintiff further believes that additional information obtained will lead

to the identification of additional infringing parties, as monitoring of online infringement of

Plaintiff's motion picture is ongoing.

### COUNT I
### COPYRIGHT INFRINGEMENT


11.     Plaintiff was responsible for the production of the commercially released motion

picture titled "Video Girl," directed by Ty Hodges and starring Adam Senn, Meagan Good, Benjamin

Brandon Ledee and Phil Austin, among others, that has significant value and has been produced and

created at considerable expense.


12.     At all relevant times, Plaintiff has been the holder of the pertinent exclusive rights

infringed by Defendants, as alleged hereunder, for certain copyrighted motion pictures, including but

not limited to the copyrighted motion picture "Video Girl" ("Copyrighted Motion Picture," including

4

derivative works). The Copyrighted Motion Picture is the subject of a valid Certificate of Copyright Registration (Registration No. PAu 3-601-165) issued by the Register of Copyrights on November 9, 2011. (Exhibit A).

13.     The Copyrighted Motion Picture includes a copyright notice advising the viewer that the motion picture is protected by the copyright laws.

14.     Plaintiff is informed and believes that each Defendant, without the permission or consent of Plaintiff, has used, and continues to use, an online media distribution system to reproduce and distribute to the public, including by making available for distribution to others, the Copyrighted Motion Picture. Plaintiff has identified each Defendant by the IP address assigned to that Defendant by his or her ISP and the date and the time at which the infringing activity of each Defendant was observed (Exhibit B). In doing so, each Defendant has violated Plaintiff's exclusive rights of reproduction and distribution. Each Defendant's actions constitute infringement of Plaintiff's exclusive rights protected under the Copyright Act (17 U.S.C. §101 *et seq.*).

15.     On information and belief, each Defendant participated in a swarm and/or reproduced and/or distributed the same seed file of Plaintiff's Copyrighted Motion Picture in digital form with other Defendants. In particular, on information and belief, Defendants participated in a common swarm with other Defendants for the purpose of exchanging portions of infringing copyrighted material unique to the swarm.

16.     The foregoing acts of infringement have been willful, intentional, and in disregard of and with indifference to the rights of Plaintiff.

5

17.     As a result of each Defendant's infringement of Plaintiff's exclusive rights under copyright, Plaintiff is entitled to relief pursuant to 17 U.S.C. §504 and to its attorneys' fees and costs pursuant to 17 U.S.C. §505.

18.     The conduct of each Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiff great and irreparable injury that cannot fully be compensated or measured in money.  Plaintiff has no adequate remedy at law.  Pursuant to 17 U.S.C. §§502 and 503, Plaintiff is entitled to injunctive relief prohibiting each Defendant from further infringing Plaintiff's copyright and ordering that each Defendant destroy all copies of Copyrighted Motion Picture made in violation of Plaintiff's copyrights.

### PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff prays for judgment against each Defendant and relief as follows:

1.     For entry of permanent injunctions providing that each Defendant shall be enjoined from directly or indirectly infringing Plaintiff's rights in the Copyrighted Motion Picture and any motion picture, whether now in existence or later created, that is owned or controlled by the Plaintiff ("Plaintiff's Motion Pictures"), including without limitation by using the Internet to reproduce or copy Plaintiff's Motion Pictures, to distribute Plaintiff's Motion Pictures, or to make Plaintiff's Motion Pictures available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiff.  Each Defendant also shall destroy all copies of Plaintiff's Motion Pictures that Defendant has downloaded onto any computer hard drive or server without Plaintiff's authorization and (subject to the Order of Impoundment prayed for below) shall serve up all copies of those downloaded motion pictures transferred onto any physical medium or device in each Defendant's possession, custody or control.

6

2.      For Judgment in favor of Plaintiff against Defendants that they have: a) willfully infringed Plaintiff's rights in its federally registered copyright pursuant to 17 U.S.C. §501; and b) otherwise injured the business reputation and business of Plaintiff by Defendants' acts and conduct set forth in this Complaint.

3.      For Judgment in favor of Plaintiff against Defendants for actual damages or statutory damages pursuant to 17 U.S.C. §504, at the election of Plaintiff, in an amount to be determined at trial.

4.      For an Order of Impoundment under 17 U.S.C. §§503 and 509(a) impounding all infringing copies of Plaintiff's audiovisual works, photographs and other materials, which are in Defendants' possession or under their control.

5.      For Judgment in favor of Plaintiff and against Defendants awarding Plaintiff attorneys' fees, litigation expenses (including fees and costs of expert witnesses) and other costs of this action.

6.      For Judgment in favor of Plaintiff against Defendants, awarding Plaintiff such further declaratory and injunctive relief as may be just and proper under the circumstances.

7

**JURY DEMAND**

Plaintiff demands trial by jury on all issues so triable.

DATED:  July 27, 2012

Respectfully submitted,

RG INVESTMENTS GROUP, INC.

By:    s/Michael A. Hierl
        Michael A. Hierl (Bar No. 3128021)
        Todd S. Parkhurst (Bar No. 2145456)
        Hughes Socol Piers Resnick & Dym, Ltd.
        Three First National Plaza
        70 W. Madison Street, Suite 4000
        Chicago, Illinois 60602
        (312) 604-2678 Telephone
        (312) 604-2679 Facsimile
        mhierl@hsplegal.com

        Attorneys for Plaintiff
        RG Investments Group, Inc.

8

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

PAu 3-601-165

**Effective date of
registration:**

November 9, 2011

## Title

**Title of Work:** Video Girl

## Completion/Publication

**Year of Completion:** 2011

## Author

■ **Author:** R G Investments Group, Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** R G Investments Group, Inc.

3838 Raymert Drive, Suite 3, Las Vegas, NV, 89121

**Transfer Statement:** By written agreement

## Certification

**Name:** Roy H. Maughan, Jr.

**Date:** September 2, 2011

# EXHIBIT B

| | inet_ntoa(ip) | hash | geoipcountrycode | geoipregioncode | date | time | relatedtitlealias |
|---|---|---|---|---|---|---|---|
| 1. | 68.58.55.198 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 4/7/2008 | 21:14:44 | Video Girl |
| 2. | 69,209,224,144 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 4/15/2008 | 15:21:23 | Video Girl |
| 3. | 99.115.1.128 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 4/9/2008 | 17:37:57 | Video Girl |
| 4. | 76.237.182.90 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 4/17/2008 | 3:28:35 | Video Girl |
| 5. | 76.16.225.153 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 3/27/2008 | 17:32:05 | Video Girl |
| 6. | 24.12.141.250 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 4/7/2008 | 0:06:25 | Video Girl |
| 7. | 69,209,237,205 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 3/29/2008 | 4:05:02 | Video Girl |
| 8. | 69,171,163,175 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 4/21/2008 | 5:04:32 | Video Girl |
| 9. | 68.60.245.125 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 4/9/2008 | 17:13:02 | Video Girl |
| 10. | 76.217.63.113 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 4/8/2008 | 0:58:01 | Video Girl |
| 11. | 69,209,226,119 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 5/1/2008 | 2:44:15 | Video Girl |
| 12. | 75.27.36.43 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 4/21/2008 | 0:10:01 | Video Girl |
| 13. | 76,237,190,204 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 4/3/2008 | 4:46:29 | Video Girl |
| 14. | 99.13.190.63 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 3/28/2008 | 1:42:08 | Video Girl |
| 15. | 76.16.124.21 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 3/28/2008 | 14:27:47 | Video Girl |
| 16. | 184.78.117.255 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 4/30/2008 | 16:05:24 | Video Girl |
| 17. | 76,237,176,100 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 4/15/2008 | 2:31:01 | Video Girl |
| 18. | 69.211.57.129 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 3/27/2008 | 17:12:14 | Video Girl |
| 19. | 69,245,187,104 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 3/28/2008 | 1:38:36 | Video Girl |
| 20. | 76.217.60.131 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 4/16/2008 | 1:30:18 | Video Girl |
| 21. | 69,209,228,219 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 5/5/2008 | 15:44:52 | Video Girl |
| 22. | 76,237,190,240 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 4/3/2008 | 15:21:25 | Video Girl |
| 23. | 69.209.239.58 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 4/23/2008 | 2:42:25 | Video Girl |
| 24. | 98.253.227.50 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 4/5/2008 | 3:05:27 | Video Girl |
| 25. | 108.91.44.232 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 4/17/2008 | 5:44:44 | Video Girl |
| 26. | 76.217.59.135 | CAB8FB0CAB7BC9E8F34093A1CF5319F404236C09 | US | IL | 4/25/2008 | 2:59:28 | Video Girl |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DRAGON QUEST PRODUCTIONS, LLC, | ) |
| | ) |
| | ) Case No.: |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Judge |
| DOES 1-100, | ) |
| | ) Magistrate Judge |
| Defendants. | ) |

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

Plaintiff, Dragon Quest Productions, LLC, by and through its undersigned counsel, for

and as its Complaint against Defendants, alleges as follows:

**JURISDICTION AND VENUE**

1.     This is a civil action seeking damages and injunctive relief for copyright infringement

under the copyright laws of the United States (17 U.S.C. §101 *et seq.).*  As set forth in greater detail

below, this action involves the unauthorized acquisition and transfer of Plaintiff's copyrighted motion

picture "Age of the Dragons" by Defendants.

2.     This Court has jurisdiction under 17 U.S.C. §101 *et seq.;* 28 U.S.C. §1331 (federal

question); and 28 U.S.C. §1338(a) (copyright).

3.     The manner of the transfer of Plaintiff's motion picture, "Age of the Dragons," at issue

among Peer-to-Peer ("P2P") network users is called a "BitTorrent protocol" or "torrent," which is

different than the standard P2P protocol used for such networks as Kazaa and Limewire.  The

BitTorrent protocol makes even small computers with low bandwidth capable of participating in large

data transfers across a P2P network.  The initial file-provider intentionally elects to share a file with a

torrent network.  This initial file is called a seed.  Other users ("peers") and the network connect

to the seed file to download. As additional peers request the same file, each additional user becomes a part of the network from which the file can be downloaded. However, unlike a traditional peer-to-peer network, each new file downloader is receiving a different piece of the data from each user who has already downloaded the file that together comprises the whole. This piecemeal system with multiple pieces of data coming from peer members is usually referred to as a "swarm." The effect of this technology makes every downloader also an uploader of the illegally transferred file(s). This means that every "node" or peer user who has a copy of the infringing copyrighted material on a torrent network must necessarily also be a source of download for that infringing file.

4. This distributed nature of BitTorrent leads to a rapid viral spreading of a file throughout peer users. As more peers join the swarm, the likelihood of a successful download increases. Because of the nature of a BitTorrent protocol, any seed peer that has downloaded a file prior to the time a subsequent peer downloads the same file is automatically a source for the subsequent peer so long as that first seed peer is online at the time the subsequent peer downloads a file. Essentially, because of the nature of the swarm downloads as described above, infringers are illegally obtaining copyrighted material from many Internet Service Providers ("ISPs") in numerous jurisdictions around the country.

5. On information and belief, personal jurisdiction in this District is proper because each Defendant, without consent or permission of Plaintiff as exclusive rights owner, within Illinois reproduced, distributed and offered to distribute among other Defendants over the Internet copyrighted works for which Plaintiff has exclusive rights. Plaintiff has used geolocation technology to trace the Internet Protocol ("IP") addresses of each Defendant to a point of origin within the State of Illinois. On information and belief, each Defendant has an IP address based in Illinois and resides in or committed copyright infringement in the State of Illinois.

2

6.     In the alternative, this Court has personal jurisdiction over non-resident Defendants, if any, under the Illinois long-arm statute, 735 ILCS 5/2-209(a)(2), because they downloaded copyrighted content from or uploaded it to Illinois residents, thus committing a tortious act within the meaning of the statute.

7.     Venue in this District is proper under 28 U.S.C. §1391(b) and/or 28 U.S.C. §1400(a). Although the true identity of each Defendant is unknown to Plaintiff at this time, on information and belief, Defendants reside in this District, may be found in this District and/or a substantial part of the acts of infringement complained of herein occurred in this District. In the alternative, on information and belief, a Defendant resides in this District and all of the Defendants reside in this State.

## THE PARTIES

8.     Plaintiff, Dragon Quest Productions, LLC, (the "Plaintiff') is a developer and producer of motion pictures. Plaintiff brings this action to stop Defendants from copying and distributing to others over the Internet unauthorized copies of Plaintiff's copyrighted motion picture. Defendants' infringements allow them and others unlawfully to obtain and distribute for free unauthorized copyrighted works that Plaintiff spends millions of dollars to create and/or distribute. Each time a Defendant unlawfully distributes a free copy of Plaintiff's copyrighted motion picture to others over the Internet, each person who copies that motion picture can then distribute that unlawful copy to others without any significant degradation in sound and picture quality. Thus, a Defendant's distribution of even one unlawful copy of a motion picture can result in the nearly instantaneous worldwide distribution of that single copy to a limitless number of people. Plaintiff now seeks redress for this rampant infringement of its exclusive rights.

9.     Plaintiff, Dragon Quest Productions, LLC is a limited liability company of Utah having

3

a principal place of business at 1877 Red Hawk Trail, Park City, Utah 84098. Plaintiff is engaged in the development and production of motion pictures for theatrical exhibition, home entertainment and other forms of distribution. Plaintiff is the owner of the copyrights and/or the pertinent exclusive rights under copyright in the United States in the motion picture that has been unlawfully distributed over the Internet by Defendants.

10.     The true names of Defendants are unknown to Plaintiff at this time. Each Defendant is known to Plaintiff only by the Internet Protocol ("IP") address assigned to that Defendant by his or her Internet Service Provider and the date and the time at which the infringing activity of each Defendant was observed. Plaintiff believes that information obtained in discovery will lead to the identification of each Defendant's true name and will permit Plaintiff to amend this Complaint to state the same. Plaintiff further believes that additional information obtained will lead to the identification of additional infringing parties, as monitoring of online infringement of Plaintiff's motion picture is ongoing.

## JOINDER

11.     Pursuant to Fed. R. Civ. P. 20(a)(2), each of the Defendants is properly joined because: (a) each of the Defendants is jointly and severally liable for the infringing activities of each of the other Defendants, and (b) the infringement complained of herein by each of the Defendants was part of a series of transactions, involving the same (identical) pieces of Plaintiff's copyrighted work and (c) there are common questions of law and fact. In short, the claims against each of the Defendants are identical and each of the Defendants used the BitTorrent protocol to infringe Plaintiff's copyrighted work.

4

## COUNT I
## COPYRIGHT INFRINGEMENT

12.     Plaintiff was responsible for the production of the commercially released motion picture titled "Age of the Dragons," directed by Ryan Little and starring Danny Glover, Vinnie Jones and Corey Sevier, among others, that has significant value and has been produced and created at considerable expense.

13.     At all relevant times, Plaintiff has been the holder of the pertinent exclusive rights infringed by Defendants, as alleged hereunder, for certain copyrighted motion pictures, including but not limited to the copyrighted motion picture "Age of the Dragons" ("Copyrighted Motion Picture," including derivative works). The Copyrighted Motion Picture is the subject of a valid Certificate of Copyright Registration (Registration No. PA 1-792-003) issued by the Register of Copyrights on June 22, 2012. (Exhibit A).

14.     The Copyrighted Motion Picture includes a copyright notice advising the viewer that the motion picture is protected by the copyright laws.

15.     Plaintiff is informed and believes that each Defendant, without the permission or consent of Plaintiff, has used, and continues to use, an online media distribution system to reproduce and distribute to the public, including by making available for distribution to others, the Copyrighted Motion Picture. Plaintiff has identified each Defendant by the IP address assigned to that Defendant by his or her ISP and the date and the time at which the infringing activity of each Defendant was observed (Exhibit B). In doing so, each Defendant has violated Plaintiff's exclusive rights of reproduction and distribution. Each Defendant's actions constitute infringement of Plaintiff's exclusive rights protected under the Copyright Act (17 U.S.C. §101 *et seq.*).

5

16.     On information and belief, each Defendant participated in a swarm and/or reproduced and/or distributed the same seed file of Plaintiff's Copyrighted Motion Picture in digital form with other Defendants.  In particular, on information and belief, Defendants participated in a common swarm with other Defendants for the purpose of exchanging portions of infringing copyrighted material unique to the swarm.

17.     The foregoing acts of infringement have been willful, intentional, and in disregard of and with indifference to the rights of Plaintiff.

18.     As a result of each Defendant's infringement of Plaintiff's exclusive rights under copyright, Plaintiff is entitled to relief pursuant to 17 U.S.C. §504 and to its attorneys' fees and costs pursuant to 17 U.S.C. §505.

18.     The conduct of each Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiff great and irreparable injury that cannot fully be compensated or measured in money.  Plaintiff has no adequate remedy at law.  Pursuant to 17 U.S.C. §§502 and 503, Plaintiff is entitled to injunctive relief prohibiting each Defendant from further infringing Plaintiff's copyright and ordering that each Defendant destroy all copies of Copyrighted Motion Picture made in violation of Plaintiff's copyrights.

**PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiff prays for judgment against each Defendant and relief as follows:

1.     For entry of permanent injunctions providing that each Defendant shall be enjoined from directly or indirectly infringing Plaintiff's rights in the Copyrighted Motion Picture and any

6

motion picture, whether now in existence or later created, that is owned or controlled by the Plaintiff ("Plaintiff's Motion Pictures"), including without limitation by using the Internet to reproduce or copy Plaintiff's Motion Pictures, to distribute Plaintiff's Motion Pictures, or to make Plaintiff's Motion Pictures available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiff. Each Defendant also shall destroy all copies of Plaintiff's Motion Pictures that Defendant has downloaded onto any computer hard drive or server without Plaintiff's authorization and (subject to the Order of Impoundment prayed for below) shall serve up all copies of those downloaded motion pictures transferred onto any physical medium or device in each Defendant's possession, custody or control.

2.      For Judgment in favor of Plaintiff against Defendants that they have: a) willfully infringed Plaintiff's rights in its federally registered copyright pursuant to 17 U.S.C. §501; and b) otherwise injured the business reputation and business of Plaintiff by Defendants' acts and conduct set forth in this Complaint.

3.      For Judgment in favor of Plaintiff against Defendants for actual damages or statutory damages pursuant to 17 U.S.C. §504, at the election of Plaintiff, in an amount to be determined at trial.

4.      For an Order of Impoundment under 17 U.S.C. §§503 and 509(a) impounding all infringing copies of Plaintiff's audiovisual works, photographs and other materials, which are in Defendants' possession or under their control.

5.      For Judgment in favor of Plaintiff and against Defendants awarding Plaintiff attorneys' fees, litigation expenses (including fees and costs of expert witnesses) and other costs of this action.

6.      For Judgment in favor of Plaintiff against Defendants, awarding Plaintiff such further declaratory and injunctive relief as may be just and proper under the circumstances.

**JURY DEMAND**

Plaintiff demands trial by jury on all issues so triable.

DATED:  September 28, 2012                Respectfully submitted,

                                          DRAGON QUEST PRODUCTIONS, LLC


                              By:    s/ Michael A. Hierl
                                     Michael A. Hierl (Bar No. 3128021)
                                     Todd S. Parkhurst (Bar No. 2145456)
                                     Hughes Socol Piers Resnick & Dym, Ltd.
                                     Three First National Plaza
                                     70 W. Madison Street, Suite 4000
                                     Chicago, Illinois 60602
                                     (312) 580-0100 Telephone
                                     (312) 580-1994 Facsimile
                                     mhierl@hsplegal.com

                                     Attorneys for Plaintiff
                                     Dragon Quest Productions, LLC

8

# EXHIBIT A

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-792-003

**Effective date of
registration:**

June 22, 2012

### Title
| | |
|---|---|
| **Title of Work:** | Age of the Dragons |
| **Previous or Alternative Title:** | Dragon Fire |

### Completion/Publication
| | |
|---|---|
| **Year of Completion:** | 2011 |
| **Date of 1st Publication:** | July 30, 2011     **Nation of 1st Publication:** United States |

### Author
| | |
|---|---|
| ■    **Author:** | Dragon Quest Productions LLC |
| **Author Created:** | entire motion picture, script/screenplay |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States     **Domiciled in:** United States |

### Copyright claimant
| | |
|---|---|
| **Copyright Claimant:** | Dragon Quest Productions LLC |
| | 1877 Red Hawk Trail, Park City, UT, 84098, United States |
| **Transfer Statement:** | By written agreement |

### Limitation of copyright claim
| | |
|---|---|
| **Material excluded from this claim:** | script/screenplay, preexisting footage, preexisting photograph(s), preexisting music |
| **Previous registration and year:** | PAu003447482    2010 |
| **New material included in claim:** | additional new footage, editing |

### Rights and Permissions
| | |
|---|---|
| **Organization Name:** | Dragon Quest Productions LLC |
| **Address:** | 1877 Red Hawk Trail |
| | Park City, UT 84098 United States |

### Certification

**Name:** Gil Aglaure

**Date:** June 22, 2012

**Correspondence:** Yes



# EXHIBIT B

| # | IP Address | GUID | P2PClient | HitDateUTC | FileName | FileHash | ISP | Region | City |
|---|---|---|---|---|---|---|---|---|---|
| 1. | 184.78.107.101 | 4D7ED0A6D311D2D4D64A9F1A1460A07A691333YF9 | BitTorrent 7.6.1 | 6/25/12 12:16:19 AM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | Clearwire Corporation | Illinois | Chicago |
| 2. | 76.29.96.225 | 20554132121302D066202A6FJABAC310179J043 | μTorrent 2.2.1 | 6/26/12 09:52:29 PM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | Comcast Cable | Illinois | Midlothian |
| 3. | 69.65.43.205 | 2D411A3472032D4C9646CA341147415695 | Vuze 4.7.0.2 | 6/27/12 10:24:34 PM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | GigaNET | Illinois | Arlington Heights |
| 4. | 71.57.27.220 | 20554133113302D9A6A8A4E237993B28930A036 | μTorrent 3.1.3 | 6/28/12 05:57:20 AM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | Comcast Cable | Illinois | Mundelein |
| 5. | 50.100.63.390 | 20554133113302D47AA16AE77BE877330SDAFAF4 | μTorrent 3.1.3 | 7/2/12 11:40:39 PM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | Frontier Communications | Illinois | Belvidere |
| 6. | 24.15.4.159 | 20554133113302D46A4A93C490BEA0B1C3BEF84D | μTorrent 3.1.3 | 7/6/12 12:18:24 AM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | Comcast Cable | Illinois | Westmont |
| 7. | 98.322.209.73 | 20554133113302D46AEB411BC7E6D6F91DE3D | μTorrent 3.1.3 | 7/7/12 09:46:28 PM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | Comcast Cable | Illinois | Cicero |
| 8. | 24.14.45.119 | 20554133113302D336BBC5A607ACFEFD36901DE | μTorrent 3.1.3 | 7/8/12 10:06:41 PM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | Comcast Cable | Illinois | Riverside |
| 9. | 50.9.14.90 | 2D411A3472032D79077315965685A446C34A | Vuze 4.7.0.2 | 7/8/12 11:07:15 PM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | Clearwire Corporation | Illinois | Chicago |
| 10. | 24.116.29.234 | 20554133114212DAJ6BFD1BE02951?EC06D3D9 | μTorrent 3.2.1 (Beta) | 7/8/12 05:21:15 PM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | RCN Corporation | Illinois | Skokie |
| 11. | 67.167.41.10 | 20554132200302D9975C6S5?C704348BBE3CFDE1 | μTorrent 2.2.0 | 7/9/12 01:34:57 PM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | Comcast Cable | Illinois | Oak Lawn |
| 12. | 98.226.99.211 | 20554133113302DATRAA0AAA2AFEA31B4167AF13 | μTorrent 3.1.3 | 7/10/12 03:03:07 AM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | Comcast Cable | Illinois | Naperville |
| 13. | 71.194.181.48 | 20554132213302D42D3JCSFAN415B77F48BA | μTorrent 2.2.1 | 7/10/12 11:29:23 AM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | Comcast Cable | Illinois | Hoffman Estates |
| 14. | 108.211.189.56 | 20554133113302D47AA0S34300SJE251517D2 | μTorrent 3.1.3 | 7/15/12 03:11:32 PM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | AT&T Internet Services | Illinois | Chicago |
| 15. | 24.14.120.8 | 2D411A3472032D27932F79644A45450306C5 | Vuze 4.7.0.2 | 7/15/12 03:11:32 PM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | Comcast Cable | Illinois | Lombard |
| 16. | 67.184.231.42 | 2D411A3472032207A311B5314467495695457 | Vuze 4.7.0.2 | 7/15/12 11:35:36 PM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | Comcast Cable | Illinois | Algonquin |
| 17. | 67.162.119.183 | 4D7ED0A6D311D2D8P6B82AAA7FEB36468JMF1TB | BitTorrent 7.6.1 | 7/16/12 01:55:30 AM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | Comcast Cable | Illinois | Chicago |
| 18. | 98.206.254.150 | 20554133113302D34681EB68BE9BCBEA103140 | μTorrent 3.1.3 | 7/19/12 03:11:19 PM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | Comcast Cable | Illinois | Skokie |
| 19. | 98.193.20.64 | 2D411A3472032203A3771J71546431135466465 | Vuze 4.7.0.2 | 7/18/12 07:16:34 AM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | Comcast Cable | Illinois | Chicago |
| 20. | 98.213.154.130 | 4D7ED0A6D311D2D9H0875512DD0AA31605S1EFAAB | BitTorrent 7.6.1 | 7/19/12 08:00:32 AM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | Comcast Cable | Illinois | Rockford |
| 21. | 96.25.158.129 | 2D4243001133322DC6C3E772TF8903188380304 | BitComet 1.32 | 7/20/12 05:52:51 AM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | Clearwire Corporation | Illinois | Chicago |
| 22. | 98.222.70.25 | 20554133113302D47AA3D7BDF47713S6C7A0DDFC | μTorrent 3.1.3 | 7/21/12 08:04:59 PM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | Comcast Cable | Illinois | Park Forest |
| 23. | 69.245.139.132 | 2D4243001133212DCB14200088042D43411A4165 | BitComet 1.32 | 7/22/12 04:46:48 PM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | Comcast Cable | Illinois | Chicago |
| 24. | 98.213.132.185 | 2D411A3472032205703354517N4737506P235 | Vuze 4.7.0.2 | 7/23/12 06:24:25 PM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | Comcast Cable | Illinois | Rockford |
| 25. | 184.78.31.96 | 20554133113302D4766ACFR97352F4FJB5B12AA3A | μTorrent 3.1.3 | 7/23/12 04:05:46 PM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | Clearwire Corporation | Illinois | Chicago |
| 26. | 71.23.146.63 | 2D411A3472130J2D5069T5A6335CC46246S317A | Vuze 4.7.1.0 | 7/22/12 08:54:41 PM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | Clearwire Corporation | Illinois | Chicago |
| 27. | 76.16.153.148 | 4D7ED0A6D2D32D255590H1AC42B03AA1CD47FE6 | BitTorrent 7.0.0 | 7/22/12 12:45:18 AM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | Comcast Cable | Illinois | Wheeling |
| 28. | 64.134.197.34 | 4D7ED0A6D311D2D0664A1869F97B151199109M276 | BitTorrent 7.6.1 | 7/23/12 03:49:46 AM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | Wayport | Illinois | Chicago |
| 29. | 108.93.14.61 | 20554133113302D9PG6APCE82A0?CDA4ECB2ACA4 | μTorrent 3.1.3 | 7/24/12 06:02:25 PM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | AT&T Internet Services | Illinois | Villa Park |
| 30. | 205.197.6.58 | 4D7ED0A6D2D32D3D54234BB99927DD01FDC7CD3F | BitTorrent 7.5.0 | 7/24/12 03:31:59 PM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | XO Communications | Illinois | Chicago |
| 31. | 69.209.205.324 | 2D5452321J302DCB07168391163776AC391864 | Transmission 2.11 | 7/24/12 12:50:24 PM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | AT&T Internet Services | Illinois | Chicago |
| 32. | 99.54.184.125 | 20554133030302D69674CADFE95BFD0?D7BA6AAD | μTorrent 3.0.0 | 7/24/12 01:00:21 AM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | AT&T Internet Services | Illinois | Montgomery |
| 33. | 67.167.119.140 | 2D411A3153012D7711S701703J4244FdC3S47S45 | Vuze 4.5.0.4 | 7/24/12 04:34:48 AM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | Comcast Cable / Wireless Data Service Provider Corporation | Illinois | Warrenville |
| 34. | 166.249.140.150 | 20554133113302DA46BB1CBD6514300065J8n014F | μTorrent 3.1.3 | 7/24/12 06:28:00 PM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | General Business Communications | Illinois | Oak Lawn |
| 35. | 75.150.193.85 | 4D7ED0A6D311D2D24D64A67893E50A6C9617EC5 | BitTorrent 7.6.1 | 7/25/12 11:47:24 PM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | AT&T Internet Services | Illinois | Mount Prospect |
| 36. | 50.160.186.159 | 20554133113302D9PG6ASE8CC48B9700AASEF1A | μTorrent 3.1.3 | 7/25/12 07:39:39 AM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | Comcast Cable | Illinois | Glen Ellyn |
| 37. | 207.181.251.135 | 2D432321413302D367996933117A1J69T17765 | Transmission 2.42 | 7/25/12 12:31:37 PM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | RCN Corporation | Illinois | Chicago |
| 38. | 67.184.206.119 | 20554133113302D546A7D04B21S6FAF426DD45 | μTorrent 3.1.3 | 7/25/12 01:21:57 AM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | Comcast Cable | Illinois | Ingleside |
| 39. | 98.253.205.67 | 4D7ED0A6D311D2D0A694T5B35SEFD9CA67E1DD08 | BitTorrent 7.6.1 | 7/25/12 10:18:46 PM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | Comcast Cable | Illinois | Chicago |
| 40. | 71.194.148.167 | 4D7ED0A6D311D2D0C90AAM6J667CS9DS?TFC9J641 | BitTorrent 7.6.1 | 7/25/12 10:51:41 PM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960?CEB484D7C10581F3B9CE866A4C001A3YE | Comcast Cable | Illinois | Palos Hills |

| # | IP | Hit Date (UTC) | Client | File Hash | Title | Hash | ISP | State | City |
|---|----|----|----|----|----|----|----|----|----|
| 41 | 98.222.79.149 | 2D5554331133202A7BA49AA5LA1D98036B858FD4 | uTorrent 3.1.3 | 7/25/12 06:13:51 PM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | Comcast Cable | Illinois | Lake Zurich |
| 42 | 174.231.137.183 | 4D77ZD13ZD1D20102D3627F7EED9B1561318546AC | BitTorrent 7.2.1 | 7/25/12 05:50:44 AM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | Cellco Partnership DBA Verizon Wireless | Illinois | Chicago Heights |
| 43 | 24.14.168.125 | 4D77ZD13ZD1D20102D3D342983999Y7ZDD1DCE7CD1F | BitTorrent 7.5.0 | 7/25/12 05:17:26 AM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | Comcast Cable | Illinois | Chicago |
| 44 | 98.215.127.165 | 2D5554331133202EF9CA18AFBB91EN07A1AB2EE | uTorrent 3.1.3 | 7/26/12 11:26:03 PM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | Comcast Cable | Illinois | Chicago |
| 45 | 99.59.166.164 | 2D55ED1136A702D77AA847AA45CAE3A07A9B46 | uTorrent Mac 1.6.4 | 7/26/12 10:23:35 PM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | AT&T Internet Services | Illinois | Wauconda |
| 46 | 24.14.180.50 | 4D77ZD06DD112D2DDOA4AAF4AFE26E09F6A43BA4 | BitTorrent 7.6.1 | 7/26/12 07:37:07 PM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | Comcast Cable | Illinois | Saint Charles |
| 47 | 71.194.142.172 | 2D55543331133202U9A6B5CA19EB4CHEDCED96F613 | uTorrent 3.1.3 | 7/26/12 06:38:39 PM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | Comcast Cable | Illinois | Chicago |
| 48 | 24.12.12.205 | 2D55543331133202F06914E8F9AF72CAFFB93DA9 | uTorrent 3.1.3 / libtorrent (Rasterbar) 0.15.0 | 7/26/12 02:59:18 AM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | Comcast Cable | Illinois | Chicago |
| 49 | 24.1.60.114 | 2DHCS4094030D2DAAFSHAAK5A5TE6471A8F77 | uTorrent 3.1.3 | 7/27/12 10:56:59 AM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | Comcast Cable | Illinois | Chicago |
| 50 | 67.173.102.136 | 2D55543331133202546AB9A66DB3A175CFA064F | uTorrent 3.1.3 | 7/27/12 02:03:44 PM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | Comcast Cable | Illinois | Barrington |
| 51 | 99.141.206.150 | 4D77ZD06DD3D2DDIDCT64DDE08B85FCCN1AB386F6 | BitTorrent 7.6.0 | 7/27/12 11:22:31 AM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | AT&T Internet Services | Illinois | Aurora |
| 52 | 99.142.59.231 | 4D77ZD06DD3D2DDIDCT84DDE08B85FCCN1AB380F6 | BitTorrent 7.6.0 | 7/27/12 02:32:23 PM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | AT&T Internet Services | Illinois | Naperville |
| 53 | 108.235.186.150 | 2D55ED11551134D4B0AB3E6A7FAB77A51A49737B | libtorrent (Rasterbar) 0.15.0 | 7/28/12 04:30:20 AM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | AT&T Internet Services | Illinois | Chicago |
| 54 | 24.13.232.55 | 2DHCS4094030D2DHED16E4ED3551A54141995B | uTorrent 3.2.0 | 7/28/12 02:30:07 AM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | Comcast Cable | Illinois | Yorkville |
| 55 | 96.24.141.80 | 2D41SA3530341D2DH44495541167560657909 | Vuze 4.5.0.4 | 7/28/12 01:17:27 AM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | Clearwire Corporation | Illinois | Chicago |
| 56 | 98.206.0.36 | 4D77ZD06DD112D2DH6A1D4117EACED9F7385CCB | BitTorrent 7.6.1 | 7/28/12 06:06:52 AM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | Comcast Cable | Illinois | Chicago |
| 57 | 99.41.248.148 | 2D55543331133202546AABF86WA6A4FF42FSFA75 | uTorrent 3.1.3 | 7/29/12 04:03:00 AM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | AT&T Internet Services | Illinois | West Chicago |
| 58 | 98.206.155.133 | 2D41SA3530341ZD6ED157646A4676dE5915T744 | Vuze 4.5.0.4 | 7/29/12 09:12:49 PM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | Comcast Cable | Illinois | Crystal Lake |
| 59 | 108.69.161.60 | 4D77ZD06DD112D2DH4A4119606B6603H6C23886D | BitTorrent 7.6.1 | 7/29/12 07:08:23 PM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | AT&T Internet Services | Illinois | Mount Prospect |
| 60 | 76.16.147.48 | 2D55543332D02D9B6BB4B84BE1CCD09A0A04E33 | uTorrent 3.2.0 | 7/29/12 12:06:47 AM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | Comcast Cable | Illinois | Orland Park |
| 61 | 67.184.25.71 | 2D41SA34577202ZD4T46783A6O5ZAT3576541A | Vuze 4.7.0.2 | 7/29/12 12:38:12 PM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | Comcast Cable | Illinois | Saint Charles |
| 62 | 24.14.230.8 | 2D41SA34577113ZZDA7ED4EF5491SA3441413277 | Vuze 4.7.1.2 | 7/29/12 08:11:30 AM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | Comcast Cable | Illinois | Lombard |
| 63 | 207.229.184.125 | 2D41SA34530341ZD14DDD55T346FF93060650 | Vuze 4.5.0.4 | 7/30/12 09:11:58 PM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | RCN Corporation | Illinois | Chicago |
| 64 | 98.213.190.28 | 2D55543331133202T6ACD6A7B6D964A6FY9D2B | uTorrent 3.1.3 | 7/30/12 11:53:23 PM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | Comcast Cable | Illinois | Rockford |
| 65 | 67.184.231.42 | 2D41SA34731ZD2D5E567947D51996B41737968J | Vuze 4.7.1.0 | 7/30/12 12:49:05 AM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | Comcast Cable | Illinois | Algonquin |
| 66 | 67.167.204.227 | 4D77ZD06DD112D2DD5SD48EC06EA49967C6405A | BitTorrent 7.5.0 | 7/30/12 12:38:58 AM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | Comcast Cable | Illinois | Chicago |
| 67 | 71.57.231.245 | 2D41SA34731ZD2D554D3B7H3D6C766A3970 | Vuze 4.7.1.0 | 7/30/12 02:19:09 AM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | Comcast Cable | Illinois | Chicago |
| 68 | 76.29.18.69 | 2D5451232431302DH16S3419DC599797F17I7668 | Transmission 2.42 | 7/30/12 02:46:15 AM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | Comcast Cable | Illinois | Morton Grove |
| 69 | 67.167.71.191 | 2D55543331133202TBA053163224BC33987E7E | uTorrent 3.1.3 | 7/30/12 11:53:23 PM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | Comcast Cable | Illinois | Joliet |
| 70 | 98.215.188.206 | 4D77ZD06DD512D2DDD68399FJ191A36FRCN87AC | BitTorrent 7.6.1 | 7/30/12 12:02:09 AM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | WideOpenWest | Illinois | Naperville |
| 71 | 69.136.64.148 | 2D5554331133202A7DAA95955BCB886E7F1T73 | uTorrent 3.1.3 | 7/30/12 08:31:53 PM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | Comcast Cable | Illinois | Cicero |
| 72 | 98.211.18.33 | 2D55543331133202T6ABb6CD0AA10CED16F90135 | uTorrent 3.1.3 | 7/30/12 02:19:09 AM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | Comcast Cable | Illinois | Peru |
| 73 | 99.142.112.23 | 2D41SA34773021ZD5AA34CC83T6CKE6C563649D | Vuze 4.7.0.2 | 7/31/12 09:51:09 PM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | AT&T Internet Services | Illinois | Schaumburg |
| 74 | 99.135.170.97 | 2D41SA347730212ZD5AA34CC83T6CKE6C563649D | Vuze 4.7.0.2 / libtorrent (Rasterbar) 0.15.0 | 7/31/12 09:38:45 PM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | AT&T Internet Services | Illinois | Schaumburg |
| 75 | 98.206.153.98 | 2DHCS4094030DD2DA4754D4D4A1407924AFF2D65 | uTorrent 3.1.3 | 7/31/12 05:48:50 AM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | Comcast Cable | Illinois | Crystal Lake |
| 76 | 98.220.10.179 | 2D55543331133202DFA44AH1CV4DCD4A9NEICD85SE | uTorrent 3.1.3 | 7/31/12 03:36:03 PM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | Comcast Cable | Illinois | Chicago |
| 77 | 99.140.195.141 | 2D55543332D02D9B69B3A1A6ACDB10F0D2F7792 | uTorrent 3.2.0 | 8/1/12 01:17:38 AM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | AT&T Internet Services | Illinois | Chicago |
| 78 | 67.175.156.254 | 2D5451232331303113B4C6867387D7A5777J374 | Transmission 2.33 | 8/1/12 08:02:45 AM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | Comcast Cable | Illinois | Oak Park |
| 79 | 108.82.69.61 | 2D554D311332302F6685C6CD54477269D59C2146F | SoMud 1.3.6.0 | 8/2/12 11:48:57 PM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | AT&T Internet Services | Illinois | Roselle |
| 80 | 108.209.220.108 | 2D5554331302D02D7F4685CC854A7369E9C2146F | uTorrent 3.2.0 | 8/2/12 04:50:33 AM | Age of the Dragons 2011 DVDRIP XVID-TASTE | SHA1: 7966YCE84B4D1TC10581F3B9CE8668AC001A70E | AT&T Internet Services | Illinois | Loves Park |

| # | IP | Hash | Client | Timestamp | Title | SHA1 | ISP | State | City |
|---|----|------|--------|-----------|-------|------|-----|-------|------|
| 81. | 98.220.194.39 | 4D372DA63D31D2DDC0AAF77R9H47DDO413SC1KC1 | BitTorrent 7.6.1 | 8/9/12 01:45:30 AM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960FCEB4R4D17C1D381F3B9CE8668AC1011A70E | Comcast Cable | Illinois | Oswego |
| 82. | 108.69.175.116 | 2D55HD31133N3ND70217RN46567413005A46B53 | Sebtud 1.3.6.0 libtorrent (Rasterbar) 0.15.0 | 8/9/12 04:56:08 PM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960FCEB4R4D17C1D381F3B9CE8668AC1011A70E | AT&T Internet Services | Illinois | Bloomingdale |
| 83. | 67.184.151.177 | 2D4CS4D66303D2D6B2A496E4311597990454HA | libtorrent (Rasterbar) 0.15.0 | 8/9/12 05:29:59 AM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960FCEB4R4D17C1D381F3B9CE8668AC1011A70E | Comcast Cable | Illinois | Aurora |
| 84. | 96.25.141.52 | 4D372DA63D31D2DDC0N6B1B5EB04B1A6EA5648EB74 | BitTorrent 7.6.1 | 8/4/12 10:36:56 AM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960FCEB4R4D17C1D381F3B9CE8668AC1011A70E | Clearwire Corporation | Illinois | Chicago |
| 85. | 99.41.252.255 | 2D5554D3113303D2D46A4E8EB9819773RBAC2903 | μTorrent 3.1.3 | 8/4/12 05:21:23 AM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960FCEB4R4D17C1D381F3B9CE8668AC1011A70E | AT&T Internet Services | Illinois | Lake Zurich |
| 86. | 73.54.198.87 | 1D415A343603232HC0649SA557676446C93148 | Vuze 4.6.0.2 | 8/4/12 05:21:59 PM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960FCEB4R4D17C1D381F3B9CE8668AC1011A70E | AT&T Internet Services | Illinois | Chicago |
| 87. | 98.220.83.79 | 2D5554D31133302D6FdACD8HE1110CD65832703E | μTorrent 3.1.3 | 8/4/12 06:15:05 PM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960FCEB4R4D17C1D381F3B9CE8668AC1011A70E | Comcast Cable | Illinois | Chicago |
| 88. | 24.13.21.242 | 2D5554D31133302D546A4AAB691478EBD97796R9A | μTorrent 3.1.3 | 8/4/12 05:12:23 AM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960FCEB4R4D17C1D381F3B9CE8668AC1011A70E | Comcast Cable | Illinois | Lake In The Hills |
| 89. | 76.252.121.107 | 2D5554D31133302D61683248931E44ECD6458971 | μTorrent 3.1.2 | 8/4/12 05:24:16 PM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960FCEB4R4D17C1D381F3B9CE8668AC1011A70E | AT&T Internet Services | Illinois | Lockport |
| 90. | 67.173.95.126 | 2D5554D31133302D9966A2D3E8D0D4738971775AA | μTorrent 3.1.3 | 8/4/12 07:53:27 PM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960FCEB4R4D17C1D381F3B9CE8668AC1011A70E | Comcast Cable | Illinois | Zion |
| 91. | 67.184.119.2 | 4D372DA63D31D2DDC906AF3D36CA33CDDF8CB1DF | BitTorrent 7.6.1 | 8/4/12 07:54:37 PM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960FCEB4R4D17C1D381F3B9CE8668AC1011A70E | Comcast Cable | Illinois | Chicago |
| 92. | 71.57.75.59 | 1D424350113330D293SEE4D0066237E8693AD89A7 | BitComet 1.30 | 8/2/12 11:54:17 PM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960FCEB4R4D17C1D381F3B9CE8668AC1011A70E | Comcast Cable | Illinois | Chicago |
| 93. | 99.122.127.150 | 2D5554D31133302D4A6BCEF576A3A66C301B2568 | μTorrent 3.1.3 | 8/5/12 09:41:21 AM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960FCEB4R4D17C1D381F3B9CE8668AC1011A70E | AT&T Internet Services | Illinois | Rockford |
| 94. | 99.140.231.152 | 2D5554D31133302D0B0680679B9R60E5FFC7H452 | μTorrent 3.2.0 | 8/9/12 06:41:17 PM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960FCEB4R4D17C1D381F3B9CE8668AC1011A70E | AT&T Internet Services | Illinois | Chicago |
| 95. | 99.14.4.115 | 2D5554D31133302D30806BA4C293F1B9F2CA02A013 | μTorrent 3.2.0 | 8/9/12 03:30:51 AM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960FCEB4R4D17C1D381F3B9CE8668AC1011A70E | AT&T Internet Services | Illinois | Chicago |
| 96. | 108.196.25.50 | 4D372D012D31D2D72621A48CY6BBE4C5F82C7785 | BitTorrent 7.2.1 | 8/5/12 04:00:50 PM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960FCEB4R4D17C1D381F3B9CE8668AC1011A70E | AT&T Internet Services | Illinois | Ottawa |
| 97. | 73.14.209.206 | 2D5554D31133302D2F648AA5E7AC125CF6647319FB | μTorrent 3.1.0 libtorrent (Rasterbar) 0.15.0 | 8/6/12 05:57:07 AM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960FCEB4R4D17C1D381F3B9CE8668AC1011A70E | AT&T Internet Services Wireless Data Service Provider Corporation | Illinois | Chicago |
| 98. | 166.249.129.83 | 2D4CS4D66303D2D4477A6A6568283974546473 | μTorrent 3.1.3 | 8/7/12 04:31:38 AM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960FCEB4R4D17C1D381F3B9CE8668AC1011A70E | Comcast Cable | Illinois | Oak Lawn |
| 99. | 98.214.169.154 | 1D415A34573113232DC776761976649436967932 | μTorrent 3.1.3 | 8/7/12 07:50:23 PM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960FCEB4R4D17C1D381F3B9CE8668AC1011A70E | Comcast Cable | Illinois | Rockford |
| 100. | 73.54.160.189 | 1D415A3436D323232544168544838566C49749 | Vuze 4.6.0.3 | 8/7/12 11:15:35 AM | Age.of.the.Dragons.2011.DVDRiP.XViD-TASTE | SHA1: 7960FCEB4R4D17C1D381F3B9CE8668AC1011A70E | AT&T Internet Services | Illinois | Chicago |