IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLEAR SKIES NEVADA, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No.: 15-cv-6708 |
| | ) |
| v. | ) |
| | ) Judge Virginia M. Kendall |
| WILLIAM ANDERSON, JASON RICHARDS and RENEE HANCOCK, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION TO SET A SETTLEMENT CONFERENCE

Plaintiff Clear Skies Nevada, LLC, moves the Court to set a date for a settlement conference in this case. In support thereof, Plaintiff states as follows:

1. This is a copyright infringement case based on the theft of Plaintiff's copyrighted motion picture "Good Kill" through the use of a software protocol called BitTorrent.

2. On December 19, 2016, this Court denied a motion to dismiss filed by Defendant Renee Hancock. Renee Hancock (f/k/a Doe No. 29) is the only Defendant remaining in the case.

3. Discovery is proceeding and dispositive motions are due on May 15, 2017. Plaintiff believes that a settlement conference in this case may materially advance the prospects for settlement. To that end, Plaintiff asks the Court to set a status hearing during which a settlement conference can be scheduled at a date and time convenient to the Court.

4. Plaintiff believes that a settlement conference would be beneficial at this stage of the case. In view of the amount at issue, a settlement conference may bring this litigation to a close without the expense of completing discovery and preparing dispositive motions.

5. In the alternative, Plaintiff asks this Court to refer the case to Magistrate Judge Cox for a settlement conference to determine whether or not the parties are able to resolve this matter.

WHEREFORE, Plaintiff Clear Skies Nevada, LLC requests entry of an Order:

a. Setting a status hearing during which a settlement conference can be scheduled at a date and time convenient to the Court; or

b. In the alternative, referring the case to Magistrate Judge Cox for a settlement conference.

Dated: February 17, 2017

Respectfully submitted,

CLEAR SKIES NEVADA, LLC

By: s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
Mark A. Cisek (Bar No. 6242683)
Hughes Socol Piers Resnick & Dym, Ltd.
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
(312) 580-1994 Facsimile
mhierl@hsplegal.com
*Attorneys for Plaintiff Clear Skies Nevada, LLC*

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Plaintiff's Motion to Refer the Case for a Settlement Conference was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on February 17, 2017.

                                                                                s/Michael A. Hierl