**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CLEAR SKIES NEVADA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 15-cv-6708 |
| | ) | |
| v. | ) | |
| | ) | Judge Virginia M. Kendall |
| RENEE HANCOCK, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND FILE DISPOSITIVE MOTIONS OR, IN THE ALTERNATIVE, TO DISMISS PURSUANT TO F.R.C.P. 41(a)(2)**

Plaintiff Clear Skies Nevada, LLC ("Plaintiff") hereby moves for entry of an Order extending the time by which the parties must complete written and oral discovery, and to file any dispositive motions in this matter to certain dates set forth herein; or, in the alternative, to dismiss this matter pursuant to Federal Rule of Civil Procedure 41(a)(2), and in support thereof states:

1. On January 4, 2017, the Court issued an Order setting forth the following schedule for the completion of discovery in this matter:

    a. Exchange of all written discovery shall be completed by 2/28/17;

    b. Oral discovery shall be completed by 4/28/17;

    c. Dispositive motions with supporting memoranda shall be filed by 5/15/17;

    d. Responses to dispositive motions shall be filed by 6/12/17;

    e. Replies shall be filed by 6/26/17; and

    f. The Order further indicated that no extensions of time would be given.

Dkt. No. 66.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Plaintiff's Motion for Extension of Time to Complete Discovery and File Dispositive Motions or, in the Alternative, to Dismiss Pursuant to F.R.C.P. 41(a)(2) was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on April 24, 2017.

s/Michael A. Hierl