UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLEAR SKIES NEVADA, LLC ) <br> ) <br> Plaintiff/Appellee, ) <br> ) <br> v. ) <br> ) <br> RENEE HANCOCK, ) <br> ) <br> Defendant/Appellant. ) | Case No. 15 cv 6708 |

**NOTICE OF APPEAL TO THE SEVENTH CIRCUIT COURT OF APPEALS
FROM ORDER OF DISMISSAL**
_____

NOTICE IS HEREBY GIVEN that Renee Hancock, Defendant in the above matter, hereby appeals to the United States Court of Appeals for the Seventh Circuit the Order of Dismissal entered in this action on the 27th day of April, 2017, Docket No. 87. Appellant hereby represents that the district court has yet to determine whether the dismissal with be "with" or "without" prejudice, and suggests that F.R.A.P.(a)(2) shall apply, *i.e.* that this notice of appeal is being filed after a decision or order (dismissal) but before the entry of possible judgment or order (*i.e.* "with" or "without" prejudice and order or judgment regarding costs and fees), and that this notice shall be treated as filed on the date of and after the entry of the district court's ruling on the pending motions regarding the issue of "with" or "without" prejudice and costs and fees.

Respectfully submitted:

_____/s/ Lisa L. Clay_____

Lisa L. Clay
Attorney at Law
345 N. Canal Street, Suite C202
Chicago, IL 60606
312.753.5302
lclayaal@gmail.com
ARDC # 5277257

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of May, I caused to be electronically filed the foregoing

**NOTICE OF APPEAL TO THE SEVENTH CIRCUIT COURT OF APPEALS
FROM ORDER OF DISMISSAL**

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

　　　　　/s/   Lisa L. Clay