# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Clear Skies Nevada, LLC

                              Plaintiff,

v.                                                       Case No.: 1:15−cv−06708
                                                           Honorable Virginia M. Kendall

Does 1−30, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 22, 2017:

      MINUTE entry before the Honorable Virginia M. Kendall. Plaintiff's Unopposed Motion for extension of time to file response [103] to Defendant Renee Hancock's Memorandum in support of Attorneys' fees and costs [102] is granted. Response due by 10/11/2017. Motion hearing set for 9/26/2017 is stricken. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.