IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLEAR SKIES NEVADA, LLC, | ) |
| Plaintiff, | ) Case No.: 15-cv-6708 |
| v. | ) |
| | ) Judge Virginia M. Kendall |
| RENEE HANCOCK, | ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO WITHDRAW

Movant, Plaintiff's counsel Mark A. Cisek, formerly of the law firm Hughes Socol Piers Resnick & Dym, Ltd. ("HSPRD"), moves this Court, pursuant to N.D. Ill. L.R. 83.17, for leave to withdraw from his representation of Plaintiff Clear Skies Nevada, LLC ("Plaintiff"). In support of his motion, Movant states as follows:

1. Effective October 20, 2017, Mr. Cisek is no longer employed by HSPRD. As a result, Mr. Cisek can no longer represent Plaintiff in this matter.

2. Plaintiff is now and will continue to be represented by the law firm of HSPRD in this matter. Michael A. Hierl is a partner with HSPRD and is lead counsel for Plaintiff in this matter. While Mr. Cisek has appeared in this matter, his departure will not materially affect HSPRD's representation of Plaintiff.

WHEREFORE, for the reasons stated above, Movant respectfully requests the Court to enter an Order granting him leave to withdraw from this case.

DATED: December 8, 2017

Respectfully submitted,

By: /s/ Mark A. Cisek
Michael A. Hierl (Bar No. 3128021)
Mark A. Cisek (Bar No. 6242683)
HUGHES SOCOL PIERS RESNICK & DYM, LTD.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100
mhierl@hsplegal.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Motion for Leave to Withdraw** was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on December 8, 2017.

/s/ Mark A. Cisek