UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLEAR SKIES NEVADA, LLC | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 15 cv 6708 |
| | ) | |
| v. | ) | Judge Virginia M. Kendall |
| | ) | |
| RENEE HANCOCK, | ) | Magistrate Judge Susan Cox |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF FINAL JUDGMENT**
_____

NOW COMES Defendant, Renee Hancock, through her attorneys, and respectfully requests that the Honorable Court, pursuant to Fed. R. Civ. P. 58, enter Final Judgment in this matter, and states as follows in support of same.

1.    On April 27, 2017 (Dkt. No. 87) the Court dismissed Plaintiff's claims against Defendant.

2.    On August 23, 2017 the Court ordered that that previous dismissal be "with prejudice" and that Defendant be awarded attorneys' fees.

3.    On January 30, 2018, the Court awarded Defendant Renee Hancock $65,268.31 in attorneys' fees and costs.

4.    Defendant's counsel attempted to obtain a clerk's entry pursuant to § FRCP 58(b)(1)(B) but to date no clerk's entry has been made.

5.      Defendant therefore respectfully requests entry of the Final Judgment attached

hereto as Exhibit 1. A word version of Exhibit 1 has been forwarded to Judge

Kendall's proposed order email for her consideration.

Respectfully submitted:


        /s/  Lisa L. Clay
Lisa L. Clay
Attorney at Law
345 N. Canal Street, Suite C202
Chicago, IL 60606
312.753.5302
lclayaal@gmail.com
ARDC # 5277257


        /s/    Curt Edmondson
J. Curtis Edmondson, P.E.
601 Main Street, Suite 210
Vancouver, WA 98660
3699 John Olson Place
Hillsboro, OR, 97124
503.336.3749
jcedmondson@edmolaw.com
Pro Hac admittee


### CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of February, 2018, I caused to be electronically filed the foregoing **MOTION FOR ENTRY OF FINAL JUDGMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.


        /s/    Lisa L. Clay