UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLEAR SKIES NEVADA, LLC | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 15 cv 6708 |
| | ) | |
| v. | ) | Judge Virginia M. Kendall |
| | ) | |
| RENEE HANCOCK, | ) | Magistrate Judge Susan Cox |
| | ) | |
| Defendant. | ) | |

[PROPOSED] FINAL JUDGMENT

This Court has Ordered that:

Plaintiff's claims against Defendant Renee Hancock are dismissed (Dkt. 87, April 27, 2017);

Plaintiff's claims against Defendant Renee Hancock are dismissed with prejudice, attorneys' fees to be awarded pursuant to further briefing (Dkt. No. 101, August 23, 2017);

Defendant Renee Hancock is awarded $65,268.31 in attorneys' fees and costs (Dkt. No. 130, January 30, 2018)

JUDGMENT is hereby entered for Defendant Renee Hancock against Plaintiff Clear Skies Nevada, LLC in the amount of $65,268.31, plus post judgment interest at the rate set forth in 28 U.S.C. 1961.

Entered: _____

_____
United States District Court