**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CLEAR SKIES NEVADA, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No.: 15-cv-6708 |
| | ) |
| v. | ) |
| | ) Judge Virginia M. Kendall |
| RENEE HANCOCK, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SATISFACTION OF JUDGMENT**

On February 21, 2018, the Court entered final judgment awarding Defendant Renee Hancock attorneys' fees and costs in the amount of $65,268.31 (Docket No. 133).

The judgment has been satisfied in full.

Respectfully submitted this 12th day of April, 2018.


          /s/  Lisa L. Clay
Lisa L. Clay
Attorney at Law
345 N. Canal Street, Suite C202
Chicago, IL 60606
312.753.5302
lclayaal@gmail.com
ARDC # 5277257

          /s/   Curt Edmondson
J. Curtis Edmondson, P.E.
3699 John Olson Place
Hillsboro, OR, 97124
503.336.3749
jcedmondson@edmolaw.com
Pro Hac admittee